**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Southern Tree Professionals LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____ |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4081418 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2032 New Hope Road | 2743 Orchard Knob SE |
| Number      Street | Number      Street |
| | P.O. Box |
| Blue Ridge      GA      30513 | Atlanta      GA      30339 |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fannin County | |
| County | Number      Street |
| | |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)      www.southerntreepros.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Southern Tree Professionals LLC
_____    Case number (*if known*)_____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5617

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

                     District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

                     District _____    When _____
                                                                    MM  /  DD  / YYYY

                     Case number, if known _____

---

| Debtor | Southern Tree Professionals LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███  Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor   Southern Tree Professionals LLC
         Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/05/2025
             MM  / DD / YYYY

✖ /s/ Benjamin Townsend Ellis
Signature of authorized representative of debtor

Benjamin Townsend Ellis
Printed name

Title  Owner

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date  12/05/2025
      MM   / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**Fill in this information to identify the case:**

Debtor name ___Southern Tree Professionals LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cowin Equipment Company Inc. 2238 Pinson Valley Pkwy Birmingham, AL, 35217 | | Suppliers or Vendors | | | | 553,000.00 |
| 2 | Southeastern Traffic Supply 3300 Highlands Parkway SE Smyrna, GA, 30082 | | Suppliers or Vendors | | | | 304,400.00 |
| 3 | Cowart Mulch Products 185 Peachtree Industrial Blvd Buford, GA, 30518 | | Suppliers or Vendors | | | | 226,000.00 |
| 4 | Tractor & Equipment Company 5336 Airport Hwy Birmingham, AL, 35212 | | Suppliers or Vendors | | | | 180,800.00 |
| 5 | Four Hats Inc. 540 Marksmen Court Fayetteville, GA, 30214 | | Suppliers or Vendors | | | | 160,000.00 |
| 6 | Yancey Bros. Co. 259 Lee Industrial Blvd Austell, GA, 30168 | | Suppliers or Vendors | | | | 134,000.00 |
| 7 | Powerscreen of Florida, Inc. PO Box 5802 Lakeland, FL, 33807 | | Suppliers or Vendors | | | | 129,847.00 |
| 8 | Hudco Leasing 3826 N. Hwy 27 La Fayette, GA, 30728 | | Suppliers or Vendors | | | | 97,300.00 |

Debtor     Southern Tree Professionals LLC                            Case number (*if known*)_____
_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Great Lakes Petroleum PO Box 936940 Atlanta, GA, 31193 | | Suppliers or Vendors | | | | 94,383.00 |
| 10 | Jacob McDaniel Enterprises, LLC 5440 June Ivey Road NW Bethlehem, GA, 30620 | | Suppliers or Vendors | | | | 73,600.00 |
| 11 | Blue Line Waste Services 1198 Dallas Hwy Douglasville, GA, 30134 | | Suppliers or Vendors | | | | 70,700.00 |
| 12 | Central Equipment LLC 544 Hwy 185 Vandalia, IL, 62471 | | Suppliers or Vendors | | | | 51,720.00 |
| 13 | Impact Rentals LLC 1000 Peachtree Industrial Blvd Ste. 6 Box 126 Suwanee, GA, 30024 | | Suppliers or Vendors | | | | 44,157.00 |
| 14 | Sunbelt Rentals, Inc. PO Box 409211 Atlanta, GA, 30384 | | Suppliers or Vendors | | | | 31,046.00 |
| 15 | Howard's Wrecker Service 1650 Armstrong Place Mableton, GA, 30126 | | Suppliers or Vendors | | | | 26,735.00 |
| 16 | Viking Mat Company PO Box 734504 Dallas, TX, 75373 | | Suppliers or Vendors | | | | 24,717.00 |
| 17 | Truist Bank PO Box 580048 Charlotte, NC, 28258 | | Credit Card Debt | | | | 24,061.38 |
| 18 | Wilson-Finley Co 5901 Chapel Hill Road Raleigh, NC, 27607 | | Suppliers or Vendors | | | | 21,679.00 |
| 19 | L&L Advertising 302 Macy Drive Roswell, GA, 30076 | | Suppliers or Vendors | | | | 19,859.00 |
| 20 | North Georgia Tire 161 Criss Black Road Cartersville, GA, 30120 | | Suppliers or Vendors | | | | 16,676.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case and this filing:**

Debtor Name ___Southern Tree Professionals LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/05/2025___       ✘ /s/ Benjamin Townsend Ellis _____
                MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                          Benjamin Townsend Ellis _____
                                          Printed name

                                          Owner _____
                                          Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Action Tire Co.
410 Lee's Mill Road
Forest Park, GA 30297

Airgas USA LLC
PO Box 734672
Dallas, TX 75373

Allegiant Partners Incorporated
360 SW Bond Street
Ste. 340
Bend, OR 97702

Alliance Funding Group
17542 17th Street
Ste. 200
Tustin, CA 92780

ALLY BANK
PO BOX 951
HORSHAM , PA 19044

Alpha Drug Test
108 Blue Ridge Hwy
Ste. 11
Blairsville, GA 30512

American Bank Equipment Finance
Kelly Eckels, CCO
PO Box 6469
Corpus Christi, TX 78466-6469

American Chain Saws
3531 Lawrenceville Hwy
Ste A
Tucker, GA 30084

Anchor Products
1075 Chatahoochee Ave NW
Atlanta, GA 30318

Ascentium Capital, LLC
23970 Hwy 59 N
Kingwood, TX 77339

Bank Capital Services, LLC d/b/a FNB Equipment
Finance
12 Federal St Ste 205
Pittsburgh, PA 15212

Benjamin Townsend Ellis
1468 Forest Drive Southeast
Smyrna, GA 30080

Blue Line Waste Services
1198 Dallas Hwy
Douglasville, GA 30134

BMO Bank, NA
1625 W. Fountainhead Pkwy
Tempe, AZ 85282

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

Caterpillar Financial Services Corporation
2120 West End Avenue
Nashville, TN 37203

Caterpllar Financial Services Corporation
2120 West End Avenue
Nashville, TN 37203

Central Equipment LLC
544 Hwy 185
Vandalia, IL 62471

Civista Leasing & Finance
Kimberly Flowers, SVP Leasing Operations
6800 Andersen Drive Ste 505
Pittsburgh, PA 15220

Civista Leasing & Finance
Cindy Keenan
6800 Andersen Drive Ste 505
Pittsburgh, PA 15220

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

Cole Technology Inc.
3990 Martin Luther King Jr Dr
Atlanta, GA 30336

Colliflower
9320 Pulaski Hwy
Middle River, MD 21220

Commercial Credit Group Inc.
525 N. Tryon Street
Charlotte, NC 28202-0202

Corporation Service Company, as representative
2821 85430
PO Box 2576
Springfield, IL 62708

Corporation Service Company, as representative
2955 19292
PO Box 2576
Springfield, IL 62708

Corporation Service Company, as representative
3018 39562
PO Box 2576
Springfield, IL 62708

Corporation Service Company, as representative
2747 93677
PO Box 2576
Springfield, IL 62708

Corporation Service Company, as representative
2914 69088
PO Box 2576
Springfield, IL 62708

Corporation Service Company, as Representative
2661 30400
PO Box 2576
Springfield, IL 62708

Cowart Mulch Products
185 Peachtree Industrial Blvd
Buford, GA 30518

Cowin Equipment Company Inc.
2238 Pinson Valley Pkwy
Birmingham, AL 35217

CT Corporation System, as representative
330 N. Brand Blvd, Suite 700
Attn: SPRS 95447614
Glendale, CA 91203

CT Corporation, as representative
Attn: SPRS 106515315
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

CT Corporation, as representative
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

CT Corporation, as representative
330 N. Brand Blvd., Ste. 700
Attn: SPRS 105918769
Glendale, CA 91203

CTOS Rentals LLC
4334 Snapfinger Woods Drive
Decatur, GA 30035

Custom Truck Capital
655 Business Center Drive Ste. 250
Horsham, PA 19044

Dakota Financial LLC
11766 Wilshire Blvd
Ste. 550
Los Angeles, CA 90025

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Dobbs Equipment, LLC
2730 S Falkenburg Road
St. Leo, FL 33578

ElmBlue Capital LLC
142 Portsmouth Ave
Ste 2
Stratham, NH 03885

Enterprise Car Rental
190 Freys Gin Road SE
Marietta, GA 30067

Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001

First Business Specialty Finance, LLC
401 Charmany Drive
Madison, WI 53719

First-Citizens Bank & Trust Company
PO Box 26592 DAC 20
Raleigh, NC 27611-6592

Fleetio.com
1300 2nd Ave North
Ste. 300
Birmingham, AL 35203

Fleetpride
PO Box 281811
Atlanta, GA 30384

Four Hats Inc.
540 Marksmen Court
Fayetteville, GA 30214

Georgia Chain Saw
5485 Peachtree Road
Atlanta, GA 30341

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Mountain Peterbilt
119 Loving Road
Morganton, GA 30560

Global Equipment Exporters LLC
1930 A Dorsey Road
Marietta, GA 30066

GM Financial
P.O. Box 650595
Dallas, TX 75265-0595

Grainger
Dept 888641940
Palatine, IL 60038

Great Lakes Petroleum
PO Box 936940
Atlanta, GA 31193

Hanmi Bank
3660 Wilshire Blvd, PH A
Los Angeles, CA 90010

Herc Rentals
131 Cort Road
Columbia, SC 29203

Home Trust Bank
17065 Nat Bynum Lane
Cornelius, NC 28031

Horizon Bank
515 Franklin Street
Michigan City, IN 46360

Howard's Wrecker Service
1650 Armstrong Place
Mableton, GA 30126

Hudco Leasing
3826 N. Hwy 27
La Fayette, GA 30728

Impact Rentals LLC
1000 Peachtree Industrial Blvd
Ste. 6 Box 126
Suwanee, GA 30024

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Weld
110 Interstate Lane
Marble, NC 28905

Jacob McDaniel Enterprises, LLC
5440 June Ivey Road NW
Bethlehem, GA 30620

Jupiter Financial Services, Inc.
218 South US Highway 1
Ste. 202
Jupiter, FL 33469

Jupiter Financial Services, Inc.
218 South US Highway 1
Jupiter, FL 33469

L&L Advertising
302 Macy Drive
Roswell, GA 30076

Libertas Funding, LLC
Attn: Randy Saluck, CEO
411 West Putnam Ave Ste. 220
Greenwich, CT 06380

Mason Tractor
1050 Appalachian Hwy
Blue Ridge, GA 30513

Mazo Capital LLC
Evan Logoluso, Funding Coordinator
300 Spectrum Center Drive Ste. 1070
Irvine, CA 92618

Metro Green Recycling Two, LLC
4351 Pleasantdale Road
Atlanta, GA 30340

Metro Trailer
100 Metro Parkway
Pelham, AL 35124

MHC Atlanta
5860 Riverview Road
Mableton, GA 30126

MHC Financial Services, LLC
4501 College Blvd Ste 160
Shawnee Mission, KS 66211

Mitsubishi HC Capital America, Inc.
PO Box 128
Itasca, IL 60143

Navitas Credit Corp
210 Executive Center Drive
Ste. 100
Columbia, SC 29210

NFS Capital, LLC
900 Cummings Center
Ste 226-U
Beverly, MA 01915

North Georgia Tire
161 Criss Black Road
Cartersville, GA 30120

Northland Capital Financial Services, LLC
333 33rd Ave S
Saint Cloud, MN 56301

Northland Capital Financial Services, LLC
Jackie Ettle, Operations Manager
PO Box 7278
Saint Cloud, MN 56302

Northland Capital Financial Services, LLC
PO Box 7278
Saint Cloud, MN 56302

Oakmont Capital Holdings, LLC
600 Willowbrook Lane
Ste. 601
West Chester, PA 19382

Paccar Financial
2180 Satellite Blvd
Suite 200
Duluth, GA 30097-0000

PI-JON, Inc.
PO Box 448
Covington, GA 30015

Pirtek Atlanta
PO Box 48354
Atlanta, GA 30362

Pirtek Macon
5437 Bowman Road Ste 120-123
Macon, GA 31210

Powerscreen of Florida, Inc.
PO Box 5802
Lakeland, FL 33807

QuikTrip Fleet
PO Box 639
Portland, ME 04104

Ragnar Tech, Inc.
44 Iron Horse Drive
Fremont, NH 03044

Raken
703 Palomar Airport Road
Ste 300
Carlsbad, CA 92011

Red-D-Arc
PO Box 734675
Dallas, TX 75373

Riverview Land Investments, LLC
6065 Roswell Road, Suite 526,
Atlanta, GA 30328

Samsara
1 De Haro St
San Francisco, CA 94107

SEC Supply
3694 Union Avenue
Atlanta, GA 30354

Smith & Turner Equipment
1905 Athens Street
Gainesville, GA 30507

Smyrna Tire
2690 South Cobb Drive
Smyrna, GA 30080

Southeastern Traffic Supply
3300 Highlands Parkway SE
Smyrna, GA 30082

Stearns Bank, N.A.
4140 Thielman Lane
Saint Cloud, MN 56301

Sumitomo Mitsui Finance and Leasing Co., Ltd.
6669 Third Ave, 8th Floor
New York, NY 10017

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384

The McPherson Companies Inc.
5051 Cardinal Street
Trussville, AL 35173

Threads for the South Inc.
1076 King Industrial Drive
Marietta, GA 30062

Toyota Commercial Finance
8951 Cypress Waters Blvd
Ste. 300
Coppell, TX 75019

Tractor & Equipment Company
5336 Airport Hwy
Birmingham, AL 35212

Truist Bank
PO Box 580048
Charlotte, NC 28258

Universal Finance Corp
6 Kimball Lane Ste 320
Lynnfield, MA 09140

Vermeer Southeast
428 Ocoee Apopka Road

Viking Mat Company
PO Box 734504
Dallas, TX 75373

Wall Funding dba Global Merchant Cash Inc
64 Beaver Street
New York, NY 10004

Wells Fargo Bank, N.A.
800 Walnut Street
F005-044
Des Moines, IA 50309

Wells Fargo Vendor Financial Services, LLC
PO Box 35701
Billings, MT 59107

Wex Inc
PO Box 639
Portland, ME 04104

Wilson-Finley Co
5901 Chapel Hill Road
Raleigh, NC 27607

Wintrust Specialty Finance, a division of Beverly Bank
2050 Main Street, Ste. 230
Irvine, CA 92614

Work Easy Software
1200 SW 145th Avenue
Ste. 200
Hollywood, FL 33027

WPPL-FM
PO Box 938
Blue Ridge, GA 30513


Yancey Bros Co
330 Lee Industrial Blvd
Austell, GA 30168


Yancey Bros. Co.
330 Lee Industrial Blvd
Austell, GA 30168


Yancey Bros. Co.
259 Lee Industrial Blvd
Austell, GA 30168


Zaxis Financial Services Americas, LLC
Tiger Ogawa, CFO
11675 Rainwater Drive Ste 225
Alpharetta, GA 30009


Zaxis Financial Services Americas, LLC
11675 Rainwater Drive Ste 225
Alpharetta, GA 30009

United States Bankruptcy Court

Northern District of Georgia

In re: Southern Tree Professionals LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/05/2025_____

/s/ Benjamin Townsend Ellis
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor