**Fill in this information to identify the case:**

Debtor name ___Southern Tree Professionals LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

(State)

Case number (If known): ___25-21754_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................................. $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................. $ ___8,400,066.99___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................................. $ ___8,400,066.99___

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................ $ __11,502,889.12__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................ $ ____3,231.00____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................................... +$ __2,427,401.50__

4. **Total liabilities**...........................................................................................................................................
   Lines 2 + 3a + 3b $ __13,933,521.62__

**Fill in this information to identify the case:**

Debtor name ___Southern Tree Professionals LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): ___25-21754___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Truist 9113 | Checking | 9  1  1  3 | $ 34,932.72 |
| 3.2. See continuation sheet | | | $ 121,890.99 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1** — $ 156,823.71

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Security Deposit on Ground Lease - Riverview Land Investments, LLC — $ 7,000.00
   7.2. Security Deposit on 2024 Ufkes 952MEGA drum chipper with Palfinger C45F84 wood crane - 425HP Tier 4 John D| — $ 38,000.00

Debtor  Southern Tree Professionals LLC
       _____
       Name

Case number *(if known)* 25-21754 _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ 45,000.00 _____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   1,259,298.04 _____  –  0.00 _____  = ........ ➔   $ 1,259,298.04 _____
                                face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:      863,445.24 _____  –  0.00 _____  = ........ ➔   $ 863,445.24 _____
                                face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ 2,122,743.28 _____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    $_____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor  Southern Tree Professionals LLC

Name

Case number (*if known*) 25-21754

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** See continuation sheet | ___ MM / DD / YYYY | $ 0.00 | _____ | $ 200,000.00 |
| **20. Work in progress** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 200,000.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor      Southern Tree Professionals LLC _____ Case number (*if known*) 25-21754
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

❑ No

❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No

❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Miscellaneous office furniture (desks, chairs) | $_____ | _____ | $250.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $0.00 | _____ | $1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$1,250.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

❑ Yes

Debtor   Southern Tree Professionals LLC
         _____     Case number *(if known)* 25-21754
         Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2024 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X6 | $ | | $ 40,000.00 |
| 47.2 2024 Chevrolet K3500, Crew Chassis 1GB4YSEY8RF154040 | $ | | $ Unknown |
| 47.3 2023 Chevy Silverado 3500H 1GB4YSEY2PF139563 | $ | | $ Unknown |
| 47.4 See continuation sheet | $ 0.00 | | $ 1,477,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 4,356,750.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $ 5,874,250.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor ___Southern Tree Professionals LLC_____   Case number (*if known*)___25-21754_____

Name

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Lease - 6384 Riverview Road, Mableton, GA 30126 (Parcel 1 - 2.463 acres; Parcel 3 (10.424 acres) | | $ 0.00 | | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>www.southerntreepros.com | $ | | $ Unknown |
| **62. Licenses, franchises, and royalties**<br>Cobb County Business License | $ | | $ Unknown |
| **63. Customer lists, mailing lists, or other compilations**<br>Customer list | $ | | $ Unknown |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor ___Southern Tree Professionals LLC_____ Case number *(if known)*___25-21754_____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

❑ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➜  $_____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

**Nature of claim**     _____

**Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

**Nature of claim**     _____

**Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

---

Debtor _____Southern Tree Professionals LLC_____ Case number (*if known*)_____25-21754_____
               Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 156,823.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 45,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,122,743.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,874,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................. ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 8,400,066.99 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 8,400,066.99          $ 8,400,066.99

| Debtor 1 | Southern Tree Professionals LLC | | 25-21754 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | Case number (if known) |

## Continuation Sheet for Official Form 206 A/B

### 3) Checking, savings, money market, or financial brokerage accounts

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Truist 5439 | Checking | 5439 |
| Balance: 121,790.99 | | |
| Truist 2354 | Checking | 2354 |
| Balance: 100.00 | | |

### 19) Raw materials

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 600 yards colored mulch | | | | 12,000.00 |
| 35000 yards topsoil | | | | 70,000.00 |
| 10000 yards hardwood mulch | | | | 100,000.00 |
| 3000 yards of single ground mulch | | | | 18,000.00 |
| 75000 cubic yards of materials to be processed | | | | 0.00 |

### 41) Office equipment, including all computer equipment and communication systems equipment and software

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2 computers | | | 500.00 |
| 2 printers | | | 100.00 |
| iPad | | | 400.00 |

### 47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2023 Chevrolet K3500, Crew Chassis 1GB4YSEY2PF128191 | | | 30,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

| | 25-21754 |
|---|---|
| Debtor 1  Southern Tree Professionals LLC | Case number (*if known*) |
| First Name   Middle Name   Last Name | |

### Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2025 Freightliner 106 MEDIUM DUTY, Conventional Cab 1FVACWFC0SHVL4785 w/Arbortech ARB 14X72CB SN 425-000416 | 90,000.00 |
| 2021 GMC K1500 DENALI, Crew Pickup 3GTU9FET9MG221594 | 20,000.00 |
| 2025 Kenworth CONSTRUCT T880, Conventional Cab 1NKZL40X8SJ168368 | 200,000.00 |
| 2022 Chevrolet K2500HD LT, Crew Pickup 1GB1YNEY9NF346923 | Unknown |
| 2023 Chevrolet C2500HD, Crew Pickup 1GC4WLEY1PF162730 | Unknown |
| 2023 Chevrolet K3500, Crew Chassis 1GB4YSEY9PF195077 | Unknown |
| 2023 Chevrolet K2500HD, Crew Pickup 1GB4YLEY5PF120835 | Unknown |
| 2024 Chevrolet K2500HD, Crew Pickup 1GB4YLEY5RF191858 | Unknown |
| 2026 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49XXTR203052 | 100,000.00 |
| 2025 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X8SM157099 | 60,000.00 |
| 2025 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49X5SR120966 | 80,000.00 |
| 2025 Kenworth CONSTRUCT T280, | 70,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

Southern Tree Professionals LLC

Debtor 1 _____

First Name          Middle Name          Last Name

25-21754

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

Conventional Cab
2NK3HM6X5SM181845


2011 Ford SUPER                                    10,000.00
DUTY, Pickup
1FTBF2BT2BEA81373


2021 Chevrolet                                     20,000.00
K3500 HIGH COUNTRY,
 Crew Pickup
1GC4YVEY5MF201272


2021 Chevrolet                                     20,000.00
K2500 HIGH COUNTRY,
 Crew Pickup
1GC4YREY0MF172576


2025 Kenworth                                      80,000.00
CONSTRUCT W900,
Tractor Truck
1XKWD49X1SR121094


2025 Kenworth                                      Unknown
CONSTRUCT W900,
Tractor Truck
1XKWD49X0SR120972


2025 Kenworth                                      175,000.00
CONSTRUCT W990,
Tractor Truck
1XK1P4TX9SJ169659


2025 Kenworth                                      Unknown
CONSTRUCT W900,
Tractor Truck
1XKWD49X7SR120967


2024 Kenworth                                      80,000.00
CONSTRUCT W900,
Tractor Truck
1XKWD49X5RR311720


2022 Kenworth                                      50,000.00
CONSTRUCT T880,
Conventional Cab
1NKZL40X6NJ488177


2008 Dodge ST/SLT,                                 0.00
Cab And Chassis
3D2WC66A28G146469
| Vehicle does not
run


2011 Chevrolet                                     15,000.00
K2500HD LTZ, Crew
Pickup
1GC1KYC88BF113371


2023 Peerless IW,                                  Unknown
Van


Official Form 206 A/B                    Schedule A/B: Property

Southern Tree Professionals LLC                                                25-21754

Debtor 1 _____    Case number *(if known)*_____
          First Name        Middle Name        Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

1PLE04229PPM65020;
2025 Peerless CTS,
Van
1PLE04522SPD66093;
2023 Peerless IW,
Van
1PLE04220PPM65021

2024 Peerless CTS,                                             25,000.00
Van
1PLE04526RPB65713

2025 Kenworth                                                 110,000.00
CONSTRUCT T280,
Conventional Cab
2NK3HM6X1SM179834

2018 Ford F550 VIN                                            25,000.00
1FDUF5HT8JDA02600
w/HC7 Crane SN
LK31925

2020 Freightliner                                             10,000.00
2106

2021 Freightliner                                             12,500.00
M2106

2024 Chevy 3500 HD                                            20,000.00
SW Truck Bed 6613

2008 Peterbilt                                                15,000.00
CONVENTIONAL,
Tractor Truck
2XPLAN8X08M746955

2023 Chevy                                                    Unknown
Silverado 1500
3GCNAAED8PG329801

2024 GMC K3500,                                               60,000.00
Crew Pickup
1GT49SEY3RF405247

2025 Kenworth                                                 100,000.00
CONSTRUCT T880,
Conventional Cab
1NKZL40X0SJ168333


50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

General description   Net book value      Valuation method      Current value

Vermeer CTX 160                                               10,000.00
Track Skid Steer
Loader S/N
1VR3080MJR1003372

Vermeer Brush                                                 50,000.00

Official Form 206 A/B                     Schedule A/B: Property

Southern Tree Professionals LLC

25-21754

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**Chipper AX17**

| | |
|---|---|
| **Vermeer Track Skid Steer Loader ML150** | **40,000.00** |
| **2025 Thunder Creek SLU690C 1HTKJPVK5RH705841** | **125,000.00** |
| **2022 Takeuchi TLI2V2-RR SN 412005559** | **7,500.00** |
| **2023 Rockland Mft. 42-MP-HYD-SK230 Excavator Thumb SN 264688; 2023 Rockland Mft. 36-Mp-HYD-SK210 Excavator Thumb SN 264689** | **4,000.00** |
| **2023 Kobelco SK140SRLC-7 Excavator SN YY09052784** | **60,000.00** |
| **2020 Terramac RT14R Crawler Carrier SN 14RJ00177** | **30,000.00** |
| **2025 Ensign 1730C Grapple SN 539810625 with 2025 Ensign Heel SN 539110924** | **17,500.00** |
| **2022 CMI C300 Mulcher SN CMI300CUD607208 W/FAE Mulcher** | **100,000.00** |
| **2024 Bandit 20XP Chipper SN 4FMUS2025RR530604** | **75,000.00** |
| **2026 LOW, TILT TANDEM 711FS1827T1080285** | **Unknown** |
| **2001 Hooper Trailer FLA, Utility 4T0FB242111008826** | **5,000.00** |
| **2025 DIAMOND C LPX, OTHER TRAILER P 46UDE1822S1291863** | **Unknown** |

Official Form 206 A/B                    Schedule A/B: Property

| | | 25-21754 |
|---|---|---|
| Debtor 1 | Southern Tree Professionals LLC | Case number *(if known)* |
| | First Name    Middle Name    Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2025 BOL, TILT TANDEM 1F9F1AK23SL494077 | 3,000.00 |
| 2025 BOL, TILT TANDEM 1F9F1AK25SL494081 | Unknown |
| 2024 Globe Trailer Manufacturing INC GTD, Dump 1G9DD3630RB336330 | 30,000.00 |
| 2015 BIG TEX Trailer CO INC 20, Utility 16VHX2022F6068628 | 1,000.00 |
| 2018 BIG TEX Trailer CO INC 20', Utility 16VHX2023J6017518 | 1,000.00 |
| 2025 Takeuchi Model TL12R2-CRHR (W/RC) S/N 412108703 | Unknown |
| Caterpillar D6NLGP Track Type Tractor S/N SGG00422 | 60,000.00 |
| 2025 Takeuchi Model TL 12R2-CRHR (w/RC) S/N 412108733 | Unknown |
| Caterpillar D6T Track Type Tractor S/N SGZ00624 | 75,000.00 |
| Caterpillar 963-12 Track Loader S/N LTT01255; Rockland Grapple Accessories S/N 421886 | 250,000.00 |
| 2025 CMI C300 Mulching Machine with FAE 200/U-225 Mulcher Attachment S/N 24-01205 CMI300CUD614311 | Unknown |
| Caterpillar D1-12LGP Track Type Tractor S/N XKL05294 | Unknown |

Official Form 206 A/B                    Schedule A/B: Property

| Debtor 1 | Southern Tree Professionals LLC | | | 25-21754 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| Kobelco SK210LC-10 Excavator Hydraulic SN YQ15605014; Solesbees Thumb SN 203186-3 | 12,000.00 |
| Kobelco SK210LC-11 Excavator w/Coupler SK201 SN 473422-1; Bucktr 42+-1.40-HD-SK210 SN 473422-3; Thumb 42-MP-HYD-SK210 SN 468875-5; Raker 60-Rake-SK210 S#25006768-0401 | 90,000.00 |
| Kobelco SK260LC10 Kobelco Excavator Hydraulic SN LL1610226 | 20,000.00 |
| Kobelco SK300LC-11 Excavator | 175,000.00 |
| 2023 Hitachi ZX210LC-7 S Excavator SN HCMDJF60E00000006 Including Excavator Thumb and Excavator Bucket | 65,000.00 |
| 2019 Takeuchi TLI2V2-CRR SN 412002156 | 7,500.00 |
| 2025 Roadclipper 46UDE1822S1291863; 2025 Fryfogle Manufacturing, Inc. 1F9F1AK23SL494077; 2023 Peerless IPLE04528PPH64822; 2025 Fryfogle Manufacturing, Inc. 1F9F1AK23SL494081 | 40,000.00 |
| 2022 Hitachi ZW220-6 Wheel Loader SN RYNUEK60PH8315142 to include Bucket; Coupler; Forks; and Brush Grapple | 100,000.00 |
| 220 Wheel Loader | 250,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

Southern Tree Professionals LLC                                        25-21754

Debtor 1 _____      Case number (*if known*)_____
          First Name      Middle Name      Last Name

### Continuation Sheet for Official Form 206 A/B

| | |
|---|---:|
| 5 Roll Off Dumpsters | 5,000.00 |
| 2023 SawMaster 1600 Grapple Saw SN SM1200_00010 | 5,000.00 |
| 2023 Lovin D6T 12' Dozer Rake SN LRO012023 | 4,000.00 |
| 2023 Woodcracker C550 Tree Shear SN 08222099 | 17,500.00 |
| 2023 Vermeer S925TX Mini Skid Steer with Bluediamond MSSC125 42" Tooth Bucket SN 143764 and Bluediamond MSSC205 42" Forks SN 159086 | 7,000.00 |
| Bandit 21XP Chipper | 20,000.00 |
| 2023 Terramac RT14R Excavator SN 14RM00335 | 135,000.00 |
| 2015 CAT D6T Dozer SN HTZ00526 | 40,000.00 |
| 2025 Thunder Creek MTT690 Fuel Trailer SN 56ZL1UF28SP000053 | 25,000.00 |
| 2026 Kenworth W900 1XKWP4TX4TR222454 | 250,000.00 |
| Caterpillar D8T Track Type Tractor S/N FMC01672 | 150,000.00 |
| Caterpillar 953K Track Loader S/N LJT00734 | 30,000.00 |
| 2025 Vermeer AX17 Brush Chipper SN 1VRD19AA1S1050252 | 50,000.00 |
| Vermeer AX17 Brush Chipper SN: 1VRH19AAXR1050181 | 50,000.00 |
| 2024 Kenworth Construct | 90,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

25-21754

Southern Tree Professionals LLC

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2021 TIG 630H Skidder S/N 6306037 | 5,000.00 |
| 2023 Hitachi ZX350LC-6 Excavator SN CHMDDQ60K00082510 Excavator to Include Excavator Bucket and Excavator Thumb | 90,000.00 |
| Kobelco SK300LC-10 Ecavator - Hydraulic SN LB08S00180; TAG 48. 2.77 HD-DK300 TAG Cutters SN 209308-02; Solesbees 48-SM-HYD-SK300 Solesbees Thumb SN 1047321-12 | Unknown |
| Ropes and rigging gear | 2,000.00 |
| Mobile office trailer | 750.00 |
| 15 backpack blowers | 3,000.00 |
| Traffic control barrels and signs | 3,000.00 |
| 20 chain saws | 5,000.00 |
| 2024 CBI 6800CT C32 SN 11332 | 650,000.00 |
| Takeuchi TL12R2 Cab Track Skid Steer Loader | 25,000.00 |
| 2019 Komptech Multistar XL3 SN 7192 | 140,000.00 |
| Vermeer AX17 Brush Chipper | Unknown |
| Vermeer Skid Steer Loader ATX720 VIN 1M1UAGD3JRV357339 | 40,000.00 |
| Kobelco SK260LC-11 Excavator w/Rotobec Model RPA3045R43 SN | 100,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

| Debtor 1 | Southern Tree Professionals LLC | 25-21754 |
|---|---|---|
| | First Name        Middle Name        Last Name | Case number (if known) |

## Continuation Sheet for Official Form 206 A/B

12786100-1-1

| | |
|---|---|
| 2023 Bandit 20XPT Tracked Whole Tree Chipper | 100,000.00 |
| Kobelco SK 300LC-10 Excavator Hydraulic SN LB08605087 | 75,000.00 |
| Kobelco SK300LC-10 Excavator Hydraulic SN LB08S00154 | 90,000.00 |
| Kobelco SK350LC-10 Excavator Hydraulic SN YC14605236; Tag Thumb SN 349989-12 | 35,000.00 |
| Kobelco SK350LC-10 Excavator Hydraulic SN YC14S00418; Tag Thumb SN 349989-10 | 30,000.00 |
| Kobelco SK260LC-11 Excavator Hydraulic SN LQ18030161 | 90,000.00 |
| 2024 Hitachi ZX250LC-7H Excavator SN HCMDJH60C00000018 w/Excavator Thumb SN 17266-53 and Excavator Bucket SN 5015876-16 | 85,000.00 |
| 2005 SUPERIOR TRAILERS OF GA , OTHER TRAILER P 4M8DS25215D000266 | 2,000.00 |
| 2020 Tigercat LX830D Track Feller Buncher SN 83073278 | 100,000.00 |
| Kobelco SK300LC-10 Excavator Hydraulic SN LB08605065 | 25,000.00 |
| 2022 Kobelco America Model SK210LC-11 | 70,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

25-21754

Debtor 1    Southern Tree Professionals LLC        Case number *(if known)*

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| **2022 AMII Stick Pivot Excavator Thumb SN 2106419-05-01; 2022 AMI Root Rake SN 2106419-02-01; 2002 AMI Coupler SN 2106419-01-01; 2022 AMI Stick Pivot xcavator Thumb SN 2106419** | **9,000.00** |
| **2024 Takeuchi Model TB2150CR S/N 514601198** | **Unknown** |

Official Form 206 A/B            Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name _Southern Tree Professionals LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _25-21754_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|-----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
Allegiant Partners Incorporated

**Creditor's mailing address**
360 SW Bond Street
Ste. 340, Bend, OR 97702

**Creditor's email address, if known**

**Date debt was incurred** 03/26/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
2026 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49XXTR203052

$ 239,389.00      $ 100,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Alliance Funding Group

**Creditor's mailing address**
17542 17th Street
Ste. 200, Tustin, CA 92780

**Creditor's email address, if known**

**Date debt was incurred** 08/26/2024
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 Roadclipper 46UDE1822S1291863; 2025 Fryfogle Manufacturing, Inc. 1F9F1AK23SL494077; 2023 Peerless IPLE04528PPH64822; 2025 Fryfogle Manufacturing, Inc. 1F9F1AK23SL494081

$103,319.00      $40,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 11,502,889.12

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 53

Debtor ___Southern Tree Professionals LLC___ Case number *(if known)*___25-21754___
        Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3 Creditor's name**
ALLY BANK

_____

**Creditor's mailing address**

PO BOX 951
HORSHAM , PA 19044

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2024 Chevy 3500 HD SW Truck Bed 6613

Column A: $57,847.23     Column B: $20,000.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 Creditor's name**
ALLY BANK

_____

**Creditor's mailing address**

PO BOX 951
HORSHAM , PA 19044

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2021 Chevrolet K3500 HIGH COUNTRY, Crew Pickup 1GC4YVEY5MF201272

Column A: $64,900.00     Column B: $20,000.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754
_____

| Part 1: | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**
American Bank Equipment Finance

_____

**Creditor's mailing address**

Kelly Eckels, CCO
_____
PO Box 6469, Corpus Christi, TX 78466-64
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  06/12/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[                                    ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 GMC K1500 DENALI, Crew Pickup
3GTU9FET9MG221594

$45,000.00   $20,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Ascentium Capital, LLC

_____

**Creditor's mailing address**

23970 Hwy 59 N
_____
Kingwood, TX 77339
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  11/19/2025
**Last 4 digits of account number**  5507

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[                                    ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2026 Kenworth W900
1XKWP4TX4TR222454

$348,590.38   $250,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___Southern Tree Professionals LLC_____  Case number (if known)___25-21754_____
        Name

| Part 1: | Additional Page | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.7

**Creditor's name**
Bank Capital Services, LLC d/b/a FNB Equipment Finance

**Creditor's mailing address**

12 Federal St Ste 205
Pittsburgh, PA 15212

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT T880, Conventional Cab 1NKZL40X0SJ168333

$247,543.00    $100,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.8

**Creditor's name**
BMO Bank, NA

**Creditor's mailing address**

1625 W. Fountainhead Pkwy
Tempe, AZ 85282

**Creditor's email address, if known**

**Date debt was incurred** 06/17/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Takeuchi Model TB2150CR S/N 514601198

$ Unknown    $ Unknown

**Describe the lien**

Agreement you made, UCC 038-2025-03088

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

## Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.9

**Creditor's name**
BMO Bank, NA

_____

**Creditor's mailing address**

1625 W. Fountainhead Pkwy
Tempe, AZ 85282

**Creditor's email address, if known**

_____

**Date debt was incurred**  05/05/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                      ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made, UCC 038-2025-0103:

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown    $0.00

### 2.10

**Creditor's name**
BMO Bank, NA

_____

**Creditor's mailing address**

1625 W. Fountainhead Pkwy
Tempe, AZ 85282

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                      ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 Takeuchi Model TL 12R2-CRHR (w/RC) S/N 412108733

**Describe the lien**
Agreement you made, UCC 038-2025-0103:

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown    $Unknown

Debtor Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**
Caterpillar Financial Services Corporation

_____

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

_____

**Date debt was incurred**  02/02/2023
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Caterpillar 953K Track Loader S/N LJT00734

**Describe the lien**
Agreement you made, UCC 067-2023-00105

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$57,467.00     $30,000.00

**2.12** **Creditor's name**
Caterpillar Financial Services Corporation

_____

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

_____

**Date debt was incurred**  07/30/2025
**Last 4 digits of account number**  0560

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Caterpillar 963-12 Track Loader S/N LTT01255; Rockland Grapple Accessories S/N 421886

**Describe the lien**
Agreement you made, UCC 067-2025-00660

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$456,883.54     $250,000.00

Debtor  Southern Tree Professionals LLC  Case number (if known) 25-21754
_____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13 Creditor's name**
Caterpillar Financial Services Corporation

**Describe debtor's property that is subject to a lien**

Caterpillar D8T Track Type Tractor S/N FMC01672

$352,677.00        $150,000.00

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

**Date debt was incurred** 10/08/2024
**Last 4 digits of account number** 5972

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made, UCC 067-2024-00749

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14 Creditor's name**
Caterpillar Financial Services Corporation

**Describe debtor's property that is subject to a lien**

Caterpillar D6T Track Type Tractor S/N SGZ00624

$171,054.00        $75,000.00

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

**Date debt was incurred** 10/08/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made, UCC 067-2024-00749

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____Southern Tree Professionals LLC_____  Case number (if known) __25-21754__
Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** **Creditor's name**
Caterpillar Financial Services Corporation

_____

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

Caterpillar D1-12LGP Track Type Tractor
S/N XKL05294

$Unknown        $Unknown

**Date debt was incurred**  10/29/2025
**Last 4 digits of account number**  _____

**Describe the lien**
Agreement you made, UCC 067-2025-09406

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.16** **Creditor's name**
Caterpllar Financial Services Corporation

_____

**Creditor's mailing address**

2120 West End Avenue
Nashville, TN 37203

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

Caterpillar D6NLGP Track Type Tractor
S/N SGG00422

$170,937.00        $60,000.00

**Date debt was incurred**  09/06/2024
**Last 4 digits of account number**  3982

**Describe the lien**
Agreement you made, UCC 067-2024-00669

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _8_ of _53_

Debtor  Southern Tree Professionals LLC                                    Case number *(if known)*  25-21754
_____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** **Creditor's name**
Civista Leasing & Finance
_____

**Creditor's mailing address**

Kimberly Flowers, SVP Leasing Operations
6800 Andersen Drive Ste 505, Pittsburgh, F

**Creditor's email address, if known**
_____

**Date debt was incurred**  11/12/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Ford F550 VIN 1FDUF5HT8JDA02600 w/HC7 Crane SN LK31925

$72,000.00          $25,000.00

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** **Creditor's name**
Commercial Credit Group Inc.
_____

**Creditor's mailing address**

525 N. Tryon Street
Charlotte, NC 28202-0202

**Creditor's email address, if known**
_____

**Date debt was incurred**  10/7/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 CMI C300 Mulching Machine with FAE 200/U-225 Mulcher Attachment S/N 24-01205 CMI300CUD614311

$ Unknown          $ Unknown

**Describe the lien**
Agreement you made, UCC 038-2025-06579

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 53

Debtor  Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754
_____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| **Part 1:** | Additional Page | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.19** **Creditor's name**
Corporation Service Company, as representative
_____

**Creditor's mailing address**

3018 39562
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  01/13/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [ ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made, UCC 038-2025-0008[3]

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $0.00

---

**2.20** **Creditor's name**
Corporation Service Company, as representative
_____

**Creditor's mailing address**

2914 69088
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [ ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made, UCC 038-2024-0186[4]

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown     $ 0.00

---

Debtor  Southern Tree Professionals LLC
        _____
        Name

Case number *(if known)* _25-21754_____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| Part 1: | Additional Page | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.21** **Creditor's name**
Corporation Service Company, as Representative
_____

**Creditor's mailing address**

2661 30400
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   10/2/2023
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?

    ❏ No. Specify each creditor, including this creditor, and its relative priority.

    [                                    ]

    ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$Unknown          $0.00

**Describe the lien**
Agreement you made, UCC 038-2023-0217

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

**2.22** **Creditor's name**
Corporation Service Company, as representative
_____

**Creditor's mailing address**

2955 19292
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   10/23/2024
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?

    ❏ No. Specify each creditor, including this creditor, and its relative priority.

    [                                    ]

    ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown          $ 0.00

**Describe the lien**
Agreement you made, UCC 038-2024-0228

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _11_ of _53_

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23 Creditor's name**
Corporation Service Company, as representative
_____

**Creditor's mailing address**

2747 93677
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 01/29/2024
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$Unknown      $0.00

**Describe the lien**
Agreement you made, UCC 038-2024-0022?

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.24 Creditor's name**
Corporation Service Company, as representative
_____

**Creditor's mailing address**

2821 85430
_____
PO Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 05/02/2024
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown      $ 0.00

**Describe the lien**
Agreement you made, UCC 038-2024-00968

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known)___25-21754_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25** **Creditor's name**
Custom Truck Capital

_____

**Creditor's mailing address**

655 Business Center Drive Ste. 250
Horsham, PA 19044

**Creditor's email address, if known**

_____

**Date debt was incurred**  03/31/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Freightliner 106 MEDIUM DUTY, Conventional Cab 1FVACWFC0SHVL4785 w/Arbortech ARB 14X72CB SN 425-000416

$119,000.00     $90,000.00

**Describe the lien**

Agreement you made, UCC 038-2025-00715

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.26** **Creditor's name**
Custom Truck Capital

_____

**Creditor's mailing address**

655 Business Center Drive Ste. 250
Horsham, PA 19044

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Freightliner 2106

$6,247.00     $10,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Southern Tree Professionals LLC___ Case number (if known) ___25-21754___
Name

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27** **Creditor's name**
De Lage Landen Financial Services, Inc.

_____

**Creditor's mailing address**

1111 Old Eagle School Road _____
Wayne, PA 19087 _____

**Creditor's email address, if known**

_____

**Date debt was incurred**   07/25/2025
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer AX17 Brush Chipper

$Unknown   $Unknown

**Describe the lien**

Agreement you made, UCC 033-2025-00196

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.28** **Creditor's name**
De Lage Landen Financial Services, Inc.

_____

**Creditor's mailing address**

1111 Old Eagle School Road _____
Wayne, PA 19087 _____

**Creditor's email address, if known**

_____

**Date debt was incurred**   08/27/2024
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer CTX 160 Track Skid Steer Loader
S/N 1VR3080MJR1003372

$35,000.00   $10,000.00

**Describe the lien**

Agreement you made, 033-2024-02405

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Southern Tree Professionals LLC _____   Case number *(if known)* 25-21754 _____
        Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.29 Creditor's name**
De Lage Landen Financial Services, Inc.

_____

**Creditor's mailing address**

1111 Old Eagle School Road _____
Wayne, PA 19087 _____

**Creditor's email address, if known**

_____

**Date debt was incurred**  05/12/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer Skid Steer Loader ATX720 VIN 1M1UAGD3JRV357339

$Unknown _____   $40,000.00 _____

**Describe the lien**

Agreement you made, UCC 038-2025-01256

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.30 Creditor's name**
De Lage Landen Financial Services, Inc.

_____

**Creditor's mailing address**

1111 Old Eagle School Road _____
Wayne, PA 19087 _____

**Creditor's email address, if known**

_____

**Date debt was incurred**  05/02/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer AX17 Brush Chipper SN: 1VRH19AAXR1050181

$ Unknown _____   $ 50,000.00 _____

**Describe the lien**

Agreement you made, UCC 038-2025-01011

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Southern Tree Professionals LLC
Name
Case number (if known) 25-21754

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.31 Creditor's name**
De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** 07/09/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Takeuchi TL12R2 Cab Track Skid Steer Loader

$80,440.00          $25,000.00

**Describe the lien**
Agreement you made, UCC 038-2025-04782

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.32 Creditor's name**
De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer Track Skid Steer Loader ML150

$55,000.00          $40,000.00

**Describe the lien**
Agreement you made, UCC 038-2025-07129

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor __Southern Tree Professionals LLC__ Case number *(if known)* __25-21754__
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.33 Creditor's name**
De Lage Landen Financial Services, Inc.

**Describe debtor's property that is subject to a lien**

Vermeer Brush Chipper AX17

$Unknown          $50,000.00

**Creditor's mailing address**

1111 Old Eagle School Road
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** 09/19/2025
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 038-2025-0644?

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.34 Creditor's name**
Financial Pacific Leasing, Inc.

**Describe debtor's property that is subject to a lien**

2024 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X6RM380879

$117,029.00          $40,000.00

**Creditor's mailing address**

PO Box 4568
Auburn, WA 98001

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __17__ of __53__

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (*if known*)_25-21754_____

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Part 1:**     Additional Page

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.35** **Creditor's name**
Financial Pacific Leasing, Inc.

**Creditor's mailing address**

PO Box 4568
Auburn, WA 98001

**Creditor's email address, if known**

**Date debt was incurred** 02/14/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Bandit 20XP Chipper SN 4FMUS2025RR530604

$179,795.46     $75,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.36** **Creditor's name**
Financial Pacific Leasing, Inc.

**Creditor's mailing address**

PO Box 4568
Auburn, WA 98001

**Creditor's email address, if known**

**Date debt was incurred** 02/19/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown     $ 0.00

**Describe the lien**
Agreement you made, UCC 007-2025-0084'

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _18_ of _53_

Debtor ___Southern Tree Professionals LLC_____ Case number (if known)___25-21754_____
Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.37** **Creditor's name**
First Business Specialty Finance, LLC

**Describe debtor's property that is subject to a lien**

2021 TIG 630H Skidder S/N 6306037

$150,560.00          $5,000.00

**Creditor's mailing address**

401 Charmany Drive
Madison, WI 53719

**Creditor's email address, if known**

**Date debt was incurred** 08/21/2025
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 060-2025-04667

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.38** **Creditor's name**
First-Citizens Bank & Trust Company

**Describe debtor's property that is subject to a lien**

2023 Chevy Silverado 1500
3GCNAAED8PG329801

$ Unknown          $ Unknown

**Creditor's mailing address**

PO Box 26592 DAC 20
Raleigh, NC 27611-6592

**Creditor's email address, if known**

**Date debt was incurred** 08/15/2024
**Last 4 digits of account number** 9864

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor __Southern Tree Professionals LLC_____ Case number (if known)___25-21754_____
     Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.39** **Creditor's name**
GM Financial

_____

**Creditor's mailing address**

P.O. Box 650595
Dallas, TX 75265-0595

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

  [                                  ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chevrolet K2500 HIGH COUNTRY, Crew Pickup 1GC4YREY0MF172576

$58,723.24          $20,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

**2.40** **Creditor's name**
Hanmi Bank

_____

**Creditor's mailing address**

3660 Wilshire Blvd, PH A
Los Angeles, CA 90010

**Creditor's email address, if known**

_____

**Date debt was incurred** 02/28/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

  [                                  ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5 Roll Off Dumpsters

$49,855.00          $5,000.00

**Describe the lien**

Agreement you made, UCC 007-2025-0100:

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _20_ of _53_

Debtor  Southern Tree Professionals LLC
_____  Case number *(if known)*___25-21754___
Name

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.41** **Creditor's name**
Hanmi Bank

**Describe debtor's property that is subject to a lien**

> 2025 Thunder Creek SLU690C
> 1HTKJPVK5RH705841

$219,900.00  $125,000.00

**Creditor's mailing address**

3660 Wilshire Blvd, PH A
Los Angeles, CA 90010

**Creditor's email address, if known**

**Date debt was incurred** 10/30/2025
**Last 4 digits of account number** 5052

**Describe the lien**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.42** **Creditor's name**
Home Trust Bank

**Describe debtor's property that is subject to a lien**

> 2023 Bandit 20XPT Tracked Whole Tree Chipper

$245,196.00  $100,000.00

**Creditor's mailing address**

17065 Nat Bynum Lane
Cornelius, NC 28031

**Creditor's email address, if known**

**Date debt was incurred** 11/12/2025
**Last 4 digits of account number**

**Describe the lien**

Agreement you made, UCC 033-2025-00309

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Southern Tree Professionals LLC_____   Case number (if known)___25-21754____
         Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| **Part 1:** | Additional Page | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.43** **Creditor's name**
Horizon Bank
_____

**Creditor's mailing address**

515 Franklin Street
Michigan City, IN 46360

**Creditor's email address, if known**
_____

**Date debt was incurred**  05/22/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Tigercat LX830D Track Feller Buncher SN 83073278

**Describe the lien**
Agreement you made, UCC 007-2025-02467

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$322,856.00          $100,000.00

**2.44** **Creditor's name**
Jupiter Financial Services, Inc.
_____

**Creditor's mailing address**

218 South US Highway 1
Jupiter, FL 33469

**Creditor's email address, if known**
_____

**Date debt was incurred**  03/27/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT T880, Conventional Cab 1NKZL40X8SJ168368

**Describe the lien**
Agreement you made, UCC 038-2025-00688

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$320,480.00          $200,000.00

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:**  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.45** **Creditor's name**
Jupiter Financial Services, Inc.
_____

**Creditor's mailing address**

218 South US Highway 1
Ste. 202, Jupiter, FL 33469

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
　❏ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

　❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Komptech Multistar XL3 SN 7192

**Describe the lien**
Agreement you made, UCC 038-2025-01635

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ Unknown          $ 140,000.00

**2.46** **Creditor's name**
Libertas Funding, LLC
_____

**Creditor's mailing address**

Attn: Randy Saluck, CEO
411 West Putnam Ave Ste. 220, Greenwich

**Creditor's email address, if known**
_____

**Date debt was incurred** 10/3/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
　❏ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

　❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts/proceeds

**Describe the lien**
Agreement you made, UCC 007-2025-04616

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

$ 294,000.00          $ 0.00

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 23 of 53

Debtor __Southern Tree Professionals LLC_____  Case number *(if known)* __25-21754_____
Name

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| Part 1: | Additional Page | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.47 Creditor's name**
MHC Financial Services, LLC

_____

**Creditor's mailing address**

4501 College Blvd Ste 160_____
Shawnee Mission, KS 66211_____

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49X1SR121094

$212,228.00         $80,000.00

**Date debt was incurred**   11/30/2024_____
**Last 4 digits of account number**   3718_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                            ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.48 Creditor's name**
MHC Financial Services, LLC

_____

**Creditor's mailing address**

4501 College Blvd Ste 160_____
Shawnee Mission, KS 66211_____

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49X5SR120966

$212,228.00         $80,000.00

**Date debt was incurred**   02/28/2025_____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                            ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754
_____

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.49 Creditor's name**
Mitsubishi HC Capital America, Inc.

_____

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

_____

**Date debt was incurred** 09/02/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK300LC-11 Excavator

**Describe the lien**

Agreement you made, UCC 007-2025-0406'

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$310,476.94     $175,000.00

---

**2.50 Creditor's name**
Mitsubishi HC Capital America, Inc.

_____

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

_____

**Date debt was incurred** 08/27/2025
**Last 4 digits of account number** 5996

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Chevrolet K3500, Crew Chassis
1GB4YSEY2PF128191

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$71,057.00     $30,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 25 of 53

Debtor _Southern Tree Professionals LLC_____ Case number _(if known)_ _25-21754___
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.51 Creditor's name**
Mitsubishi HC Capital America, Inc.

**Describe debtor's property that is subject to a lien**

Kobelco SK260LC-11 Excavator w/Rotobec Model RPA3045R43 SN 12786100-1-1

$253,379.07     $100,000.00

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

**Date debt was incurred** 05/16/2025
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 007-2025-0235'

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.52 Creditor's name**
Mitsubishi HC Capital America, Inc.

**Describe debtor's property that is subject to a lien**

Kobelco SK210LC-11 Excavator w/Coupler SK201 SN 473422-1; Bucktr 42+-1.40-HD-SK210 SN 473422-3; Thumb 42-MP-HYD-SK210 SN 468875-5; Raker 60-Rake-SK210 S#25006768-0401

$207,775.54     $90,000.00

**Creditor's mailing address**

PO Box 128
Itasca, IL 60143

**Creditor's email address, if known**

**Date debt was incurred** 10/02/2025
**Last 4 digits of account number** 8175

**Describe the lien**

Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor ___Southern Tree Professionals LLC_____ Case number _(if known)___25-21754_____
    Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.53** **Creditor's name**
Navitas Credit Corp

_____

**Creditor's mailing address**

210 Executive Center Drive
Ste. 100, Columbia, SC 29210

**Creditor's email address, if known**

_____

**Date debt was incurred** 08/21/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Chevrolet K3500, Crew Chassis
1GB4YSEY8RF154040

**Describe the lien**

Agreement you made, UCC 038-2025-0609'

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown _____    $ Unknown _____

---

**2.54** **Creditor's name**
NFS Capital, LLC

_____

**Creditor's mailing address**

900 Cummings Center
Ste 226-U, Beverly, MA 01915

**Creditor's email address, if known**

_____

**Date debt was incurred** 11/4/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

220 Wheel Loader

**Describe the lien**

Agreement you made, 038-2025-069182, Ma

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 387,990.64 _____    $ 250,000.00 _____

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _27_ of _53_

Debtor   Southern Tree Professionals LLC
_____
         Name

Case number (if known) 25-21754
_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.55 Creditor's name**
Northland Capital Financial Services, LLC
_____

**Creditor's mailing address**

333 33rd Ave S
Saint Cloud, MN 56301

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Globe Trailer Manufacturing INC GTD, Dump 1G9DD3630RB336330

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$78,773.80      $30,000.00

---

**2.56 Creditor's name**
Northland Capital Financial Services, LLC
_____

**Creditor's mailing address**

333 33rd Ave S
Saint Cloud, MN 56301

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bandit 21XP Chipper

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,340.00      $20,000.00

---

Debtor Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.57 Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

333 33rd Ave S

Saint Cloud, MN 56301

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Freightliner M2106

$27,540.00        $12,500.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2.58 Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

Jackie Ettle, Operations Manager

PO Box 7278, Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 05/19/2025

**Last 4 digits of account number** -020

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Terramac RT14R Crawler Carrier SN 14RJ00177

$91,652.00        $30,000.00

**Describe the lien**

Agreement you made, UCC 101-2025-0004(

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 29 of 53

Debtor _Southern Tree Professionals LLC_____   Case number _(if known)_ 25-21754
         Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.59** **Creditor's name**
Northland Capital Financial Services, LLC

**Describe debtor's property that is subject to a lien**

2023 Lovin D6T 12' Dozer Rake SN LRO012023

$13,104.00        $4,000.00

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 01/25/2023
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.60** **Creditor's name**
Northland Capital Financial Services, LLC

**Describe debtor's property that is subject to a lien**

2023 Rockland Mft. 42-MP-HYD-SK230 Excavator Thumb SN 264688; 2023 Rockland Mft. 36-Mp-HYD-SK210 Excavator Thumb SN 264689

$22,342.00        $4,000.00

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 10/06/2023
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 101-2023-00063

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Southern Tree Professionals LLC
        _____
        Name

Case number (if known) 25-21754
                       _____

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.61** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Date debt was incurred** 10/24/2023

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Woodcracker C550 Tree Shear SN 08222099

$59,216.00          $17,500.00

**Describe the lien**

Agreement you made, UCC 101-2023-0006!

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.62** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Date debt was incurred** 05/15/2025

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Peerless IW, Van 1PLE04229PPM65020; 2025 Peerless CTS, Van 1PLE04522SPD66093; 2023 Peerless IW, Van 1PLE04220PPM65021

$ Unknown          $ Unknown

**Describe the lien**

Agreement you made, UCC 101-2025-0003!

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Southern Tree Professionals LLC_____    Case number (if known)__25-21754__
         Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63 Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

2023 Kobelco SK140SRLC-7 Excavator SN YY09052784

$153,979.77          $60,000.00

**Date debt was incurred**  08/29/2024
**Last 4 digits of account number**  7016

**Describe the lien**

Agreement you made, UCC 101-2024-00056

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

**2.64 Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

2025 Thunder Creek MTT690 Fuel Trailer SN 56ZL1UF28SP000053

$45,383.00          $25,000.00

**Date debt was incurred**  02/19/2025
**Last 4 digits of account number**

**Describe the lien**

Agreement you made, UCC 101-2025-00015

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.65

**Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Takeuchi TLI2V2-CRR SN 412002156, 2022 Takeuchi TLI2V2-RR SN 412005559

$38,006.71 | $15,000.00

**Describe the lien**

Agreement you made, UCC 007-2023-02750

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.66

**Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Date debt was incurred** 02/10/2023

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Vermeer S925TX Mini Skid Steer with Bluediamond MSSC125 42" Tooth Bucket SN 143764 and Bluediamond MSSC205 42" Forks SN 159086

$29,315.00 | $7,000.00

**Describe the lien**

Agreement you made, UCC 101-2023-00010

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 33 of 53

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.67** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2022 AMII Stick Pivot Excavator Thumb SN 2106419-05-01; 2022 AMI Root Rake SN 2106419-02-01; 2002 AMI Coupler SN 2106419-01-01; 2022 AMI Stick Pivot xcavator Thumb SN 2106419

$22,305.00     $9,000.00

**Date debt was incurred**  03/15/2022
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made, UCC 101-2022-00024

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.68** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2015 CAT D6T Dozer SN HTZ00526

$21,970.91     $40,000.00

**Date debt was incurred**  02/17/2022
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made, UCC 101-2022-00018

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.69** **Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 02/09/2024
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Terramac RT14R Excavator SN 14RM00335

$251,532.00     $135,000.00

**Describe the lien**

Agreement you made, UCC 101-2024-00009

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2.70** **Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 11/16/2021
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Kenworth CONSTRUCT T880, Conventional Cab 1NKZL40X6NJ488177

$106,421.00     $50,000.00

**Describe the lien**

Agreement you made, UCC 101-2021-00085

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Debtor  Southern Tree Professionals LLC _____  Case number *(if known)*__25-21754___
  Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.71** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

333 33rd Ave S
Saint Cloud, MN 56301

**Creditor's email address, if known**

_____

**Date debt was incurred**   11/1/2024
**Last 4 digits of account number**   093G

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Peerless CTS, Van
1PLE04526RPB65713

$74,652.00    $25,000.00

**Describe the lien**

Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.72** **Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

_____

**Date debt was incurred**   09/12/2024
**Last 4 digits of account number**   7017

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 SawMaster 1600 Grapple Saw SN
SM1200_00010

$38,774.00    $5,000.00

**Describe the lien**

Agreement you made, UCC 101-2024-00059

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _36_ of _53_

Debtor   Southern Tree Professionals LLC
         _____
         Name

Case number (if known) 25-21754 _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.73 Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278 _____
Saint Cloud, MN 56302 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** 07/08/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   [                                    ]

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Ensign 1730C Grapple SN 539810625 with 2025 Ensign Heel SN 539110924

$47,000.00       $17,500.00

**Describe the lien**
Agreement you made, UCC 101-2025-0004!

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**2.74 Creditor's name**
Northland Capital Financial Services, LLC

_____

**Creditor's mailing address**

PO Box 7278 _____
Saint Cloud, MN 56302 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** 07/22/2024
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   [                                    ]

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown       $ 0.00

**Describe the lien**
Agreement you made, UCC 101-2024-0004!

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.75** **Creditor's name**
Northland Capital Financial Services, LLC

**Creditor's mailing address**

PO Box 7278
Saint Cloud, MN 56302

**Creditor's email address, if known**

**Date debt was incurred** 02/23/2021
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made, UCC 101-2021-00019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$Unknown      $0.00

---

**2.76** **Creditor's name**
Oakmont Capital Holdings, LLC

**Creditor's mailing address**

600 Willowbrook Lane
Ste. 601, West Chester, PA 19382

**Creditor's email address, if known**

**Date debt was incurred** 07/31/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 CMI C300 Mulcher SN CMI300CUD607208 W/FAE Mulcher

**Describe the lien**
Agreement you made, UCC 038-2025-05766

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 241,780.00      $ 100,000.00

---

Debtor  Southern Tree Professionals LLC
        _____
        Name
Case number *(if known)* 25-21754
25-21754

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.77** **Creditor's name**
Paccar Financial

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X1SM179834

$214,795.00          $110,000.00

**Creditor's mailing address**

2180 Satellite Blvd
Suite 200, Duluth, GA 30097-0000

**Creditor's email address, if known**

**Date debt was incurred** 03/21/2025
**Last 4 digits of account number** 46-2

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.78** **Creditor's name**
Paccar Financial

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X8SM157099

$147,617.93          $60,000.00

**Creditor's mailing address**

2180 Satellite Blvd
Suite 200, Duluth, GA 30097-0000

**Creditor's email address, if known**

**Date debt was incurred** 03/21/2025
**Last 4 digits of account number** 46-2

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Southern Tree Professionals LLC _____  Case number (if known) __25-21754__
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.79** **Creditor's name**
Pawnee Leasing Corporation

**Describe debtor's property that is subject to a lien**

2022 Kobelco America Model SK210LC-11

$172,714.51          $70,000.00

**Creditor's mailing address**

3801 Automation Way
Ste. 207, Fort Collins, CO 80526

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.80** **Creditor's name**
Stearns Bank, N.A.

**Describe debtor's property that is subject to a lien**

$ Unknown          $ 0.00

**Creditor's mailing address**

4140 Thielman Lane
Saint Cloud, MN 56301

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Southern Tree Professionals LLC__ Case number *(if known)* __25-21754__
Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **Part 1:** Additional Page | | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.81** **Creditor's name**
Stellify Capital

_____

**Creditor's mailing address**

3528 Precision Drive
Ste. 200, Fort Collins, CO 80528

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2023 Chevy Silverado 3500H
1GB4YSEY2PF139563

$108,696.88     $Unknown

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.82** **Creditor's name**
Sumitomo Mitsui Finance and Leasing Co., Ltd.

_____

**Creditor's mailing address**

6669 Third Ave, 8th Floor
New York, NY 10017

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

2024 Kenworth Construct

$233,507.00     $90,000.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page __41__ of __53__

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (if known)_25-21754_____

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.83** **Creditor's name**
Sumitomo Mitsui Finance and Leasing Co., Ltd.
_____

**Creditor's mailing address**

6669 Third Ave, 8th Floor
New York, NY 10017

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT W990, Tractor Truck 1XK1P4TX9SJ169659

$306,613.80        $175,000.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.84** **Creditor's name**
Toyota Commercial Finance
_____

**Creditor's mailing address**

8951 Cypress Waters Blvd
Ste. 300, Coppell, TX 75019

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT T280, Conventional Cab 2NK3HM6X5SM181845

$128,917.00        $70,000.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Southern Tree Professionals LLC
        _____
        Name

Case number (*if known*) 25-21754

| Part 1: | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.85** **Creditor's name**
Toyota Commercial Finance

_____

**Creditor's mailing address**

8951 Cypress Waters Blvd
Ste. 300, Coppell, TX 75019

**Creditor's email address, if known**

_____

**Date debt was incurred** 03/28/2024
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49X7SR120967

$131,160.65     $Unknown

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.86** **Creditor's name**
Toyota Commercial Finance

_____

**Creditor's mailing address**

8951 Cypress Waters Blvd
Ste. 300, Coppell, TX 75019

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Kenworth CONSTRUCT W900, Tractor Truck 1XKWD49X5RR311720

$194,769.00     $ 80,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 43 of 53

Debtor Southern Tree Professionals LLC
_____
Name

Case number (if known) 25-21754
_____

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.87 Creditor's name**
Universal Finance Corp

**Creditor's mailing address**

6 Kimball Lane Ste 320
Lynnfield, MA 09140

**Creditor's email address, if known**

**Date debt was incurred** 10/17/2025

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$300,000.00    $0.00

**Describe the lien**

Agreement you made, UCC 007-2025-04816

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.88 Creditor's name**
Wall Funding dba Global Merchant Cash Inc

**Creditor's mailing address**

64 Beaver Street
New York, NY 10004

**Creditor's email address, if known**

**Date debt was incurred** 11/14/2025

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$220,000.00    $0.00

**Describe the lien**

Agreement you made, UCC 007-2025-05213

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor  Southern Tree Professionals LLC
        _____
        Name

Case number (if known) 25-21754
                       _____

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.89** **Creditor's name**
Wells Fargo Bank, N.A.
_____

**Creditor's mailing address**

800 Walnut Street
_____
F005-044, Des Moines, IA 50309
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  10/02/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [                                    ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 Vermeer AX17 Brush Chipper SN 1VRD19AA1S1050252

$130,473.00    $50,000.00

**Describe the lien**
Agreement you made, UCC 038-2025-06546

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC
_____

**Creditor's mailing address**

PO Box 35701
_____
Billings, MT 59107
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  12/31/2020
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [                                    ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK260LC10 Kobelco Excavator Hydraulic SN LL1610226

$4,994.74    $20,000.00

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 45 of 53

Debtor **Southern Tree Professionals LLC**
_____
Name

Case number *(if known)* 25-21754
_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.91** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** 10/20/2023
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK350LC-10 Excavator Hydraulic SN YC14605236; Tag Thumb SN 349989-12

**Describe the lien**

Agreement you made, UCC 038-2023-02333

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$107,761.06    $35,000.00

---

**2.92** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** 10/20/2023
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK210LC-10 Excavator Hydraulic SN YQ15605014; Solesbees Thumb SN 203186-3

**Describe the lien**

Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,188.99    $12,000.00

---

Debtor  Southern Tree Professionals LLC
        _____
        Name

Case number (*if known*) 25-21754
_____

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.93** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC
_____

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**
_____

**Date debt was incurred** 03/07/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
　❑ No. Specify each creditor, including this creditor, and its relative priority.

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK300LC-10 Excavator Hydraulic SN LB08605065

$35,412.50          $25,000.00

**Describe the lien**
Agreement you made, UCC 038-2025-00520

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**2.94** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC
_____

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**
_____

**Date debt was incurred** 11/24/2021
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
　❑ No. Specify each creditor, including this creditor, and its relative priority.

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK300LC-10 Ecavator - Hydraulic SN LB08S00180; TAG 48.2.77 HD-DK300 TAG Cutters SN 209308-02; Solesbees 48-SM-HYD-SK300 Solesbees Thumb SN 1047321-12

$ Unknown          $ Unknown

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 47 of 53

Debtor  Southern Tree Professionals LLC _____  Case number *(if known)* 25-21754
        Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.95 Creditor's name**
Wells Fargo Vendor Financial Services, LLC

**Describe debtor's property that is subject to a lien**

Kobelco SK350LC-10 Excavator Hydraulic SN YC14S00418; Tag Thumb SN 349989-10

$70,375.48          $30,000.00

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** 10/20/2023
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 038-2023-0233!

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.96 Creditor's name**
Wells Fargo Vendor Financial Services, LLC

**Describe debtor's property that is subject to a lien**

Kobelco SK 300LC-10 Excavator Hydraulic SN LB08605087, Kobelco SK300LC-10 Excavator Hydraulic SN LB08S00154

$130,301.12          $165,000.00

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** 03/01/2023
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, UCC 038-2023-0046:

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor __Southern Tree Professionals LLC_____ Case number (if known)__25-21754___
              Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.97** **Creditor's name**
Wells Fargo Vendor Financial Services, LLC

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** 038-2025-0603
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kobelco SK260LC-11 Excavator Hydraulic SN LQ18030161

$189,392.00     $90,000.00

**Describe the lien**

Agreement you made, UCC 038-2025-0603

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.98** **Creditor's name**
Wintrust Specialty Finance, a division of Beverly Bank

**Creditor's mailing address**

& Trust Company, N.A.
2050 Main Street, Ste. 230, Irvine, CA 9261

**Creditor's email address, if known**

**Date debt was incurred** 9/25/2025
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 GMC K3500, Crew Pickup 1GT49SEY3RF405247

$79,994.00     $60,000.00

**Describe the lien**

Agreement you made, UCC 007-2025-04499

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____Southern Tree Professionals LLC_____  Case number *(if known)*___25-21754_____
              Name

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.99** Creditor's name
Yancey Bros Co

_____

**Creditor's mailing address**

330 Lee Industrial Blvd
Austell, GA 30168

**Creditor's email address, if known**

_____

**Date debt was incurred**  05/18/2023
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown      $ 0.00

**Describe the lien**
Agreement you made, UCC 067-2023-0045

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.100** Creditor's name
Yancey Bros. Co.

_____

**Creditor's mailing address**

330 Lee Industrial Blvd
Austell, GA 30168

**Creditor's email address, if known**

_____

**Date debt was incurred**  05/17/2024
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown      $ 0.00

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Southern Tree Professionals LLC_____ Case number *(if known)* __25-21754_____
　　　Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10 Creditor's name**
Zaxis Financial Services Americas, LLC

**Creditor's mailing address**

Tiger Ogawa, CFO
11675 Rainwater Drive Ste 225, Alpharetta

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

> 2024 Hitachi ZX250LC-7H Excavator SN HCMDJH60C00000018 w/Excavator Thumb SN 17266-53 and Excavator Bucket SN 5015876-16

$225,560.23    $85,000.00

**Date debt was incurred** 10/10/2025
**Last 4 digits of account number** 9539

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made, UCC 007-2025-04722

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10 Creditor's name**
Zaxis Financial Services Americas, LLC

**Creditor's mailing address**

11675 Rainwater Drive Ste 225
Alpharetta, GA 30009

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

> 2023 Hitachi ZX350LC-6 Excavator SN CHMDDQ60K00082510 Excavator to Include Excavator Bucket and Excavator Thumb

$248,362.00    $90,000.00

**Date debt was incurred** 06/10/2025
**Last 4 digits of account number** 4773

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __51__ of __53__

Debtor  Southern Tree Professionals LLC  Case number (if known) 25-21754
_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**
Zaxis Financial Services Americas, LLC

**Creditor's mailing address**

11675 Rainwater Drive Ste 225
Alpharetta, GA 30009

**Creditor's email address, if known**

**Date debt was incurred** 02/27/2025
**Last 4 digits of account number** 1051

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Hitachi ZW220-6 Wheel Loader SN RYNUEK60PH8315142 to include Bucket; Coupler; Forks; and Brush Grapple

$227,626.00    $100,000.00

**Describe the lien**

Agreement you made, UCC 007-2025-01017

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Creditor's name**
Zaxis Financial Services Americas, LLC

**Creditor's mailing address**

11675 Rainwater Drive Ste 225
Alpharetta, GA 30009

**Creditor's email address, if known**

**Date debt was incurred** 06/10/2025
**Last 4 digits of account number** 4772

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Hitachi ZX210LC-7 S Excavator SN HCMDJF60E00000006 Including Excavator Thumb and Excavator Bucket

$188,745.00    $65,000.00

**Describe the lien**

Agreement you made, UCC 007-2025-02790

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _52_ of _53_

Debtor   Southern Tree Professionals LLC _____  Case number (*if known*)___25-21754_____
         Name

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CT Corporation, as representative<br>Attn: SPRS 106515315<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA, 91203 | Line 2. 17 | _____ |
| CT Corporation, as representative<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA, 91203 | Line 2. 46 | _____ |
| CT Corporation, as representative<br>330 N. Brand Blvd., Ste. 700<br>Attn: SPRS 105918769<br>Glendale, CA, 91203 | Line 2. 98 | _____ |
| Civista Leasing & Finance<br>Cindy Keenan<br>6800 Andersen Drive Ste 505<br>Pittsburgh, PA, 15220 | Line 2. 98 | 29L1 |
| ElmBlue Capital LLC<br>142 Portsmouth Ave<br>Ste 2<br>Stratham, NH, 03885 | Line 2. 53 | _____ |
| Mazo Capital LLC<br>Evan Logoluso, Funding Coordinator<br>300 Spectrum Center Drive Ste. 1070<br>Irvine, CA, 92618 | Line 2. 37 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor     Southern Tree Professionals LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number  25-21754
(If known)

❑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B***)* **and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

**As of the petition filing date, the claim is:** $ 3,231.00      $ 3,231.00
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $_____      $_____
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $_____      $_____
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Southern Tree Professionals LLC | Case number (if known) | 25-21754 |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Action Tire Co.
410 Lee's Mill Road
Forest Park, GA 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Airgas USA LLC
PO Box 734672
Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 175.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Alpha Drug Test
108 Blue Ridge Hwy
Ste. 11
Blairsville, GA 30512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Chain Saws
3531 Lawrenceville Hwy
Ste A
Tucker, GA 30084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Anchor Products
1075 Chatahoochee Ave NW
Atlanta, GA 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Blue Line Waste Services
1198 Dallas Hwy
Douglasville, GA 30134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 70,700.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Southern Tree Professionals LLC _____  Case number *(if known)*__23-21754__

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$167.21

**3.** 8  **Nonpriority creditor's name and mailing address**

Central Equipment LLC
544 Hwy 185
Vandalia, IL 62471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$51,720.00

**3.** 9  **Nonpriority creditor's name and mailing address**

Certified Labs

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$Unknown

**3.** 10  **Nonpriority creditor's name and mailing address**

Cole Technology Inc.
3990 Martin Luther King Jr Dr
Atlanta, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$2,450.00

**3.** 11  **Nonpriority creditor's name and mailing address**

Colliflower
9320 Pulaski Hwy
Middle River, MD 21220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$Unknown

Debtor __Southern Tree Professionals LLC_____ Case number (if known)__25-21754_____
Name

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.12  Nonpriority creditor's name and mailing address**

Cowart Mulch Products
185 Peachtree Industrial Blvd
Buford, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 226,000.00

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.13  Nonpriority creditor's name and mailing address**

Cowin Equipment Company Inc.
2238 Pinson Valley Pkwy
Birmingham, AL 35217

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 553,000.00

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.14  Nonpriority creditor's name and mailing address**

CTOS Rentals LLC
4334 Snapfinger Woods Drive
Decatur, GA 30035

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,176.00

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.15  Nonpriority creditor's name and mailing address**

Dobbs Equipment, LLC
2730 S Falkenburg Road
St. Leo, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,251.00

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.16  Nonpriority creditor's name and mailing address**

Enterprise Car Rental
190 Freys Gin Road SE
Marietta, GA 30067

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,500.00

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 4 of 15

Debtor  Southern Tree Professionals LLC _____  Case number *(if known)* 25-21754 _____
        Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** **Nonpriority creditor's name and mailing address**

Fleetio.com
1300 2nd Ave North
Ste. 300
Birmingham, AL 35203

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 131.25

---

**3.18** **Nonpriority creditor's name and mailing address**

Fleetpride
PO Box 281811
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,554.00

---

**3.19** **Nonpriority creditor's name and mailing address**

Four Hats Inc.
540 Marksmen Court
Fayetteville, GA 30214

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 160,000.00

---

**3.20** **Nonpriority creditor's name and mailing address**

Georgia Chain Saw
5485 Peachtree Road
Atlanta, GA 30341

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,000.00

---

**3.21** **Nonpriority creditor's name and mailing address**

Georgia Mountain Peterbilt
119 Loving Road
Morganton, GA 30560

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 5 of 15

Debtor Southern Tree Professionals LLC
Name

Case number *(if known)* 25-21754

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22 Nonpriority creditor's name and mailing address**

Global Equipment Exporters LLC
1930 A Dorsey Road
Marietta, GA 30066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 540.00

---

**3.23 Nonpriority creditor's name and mailing address**

Grainger
Dept 888641940
Palatine, IL 60038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,163.00

---

**3.24 Nonpriority creditor's name and mailing address**

Great Lakes Petroleum
PO Box 936940
Atlanta, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 94,383.00

---

**3.25 Nonpriority creditor's name and mailing address**

Herc Rentals
131 Cort Road
Columbia, SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,850.00

---

**3.26 Nonpriority creditor's name and mailing address**

Howard's Wrecker Service
1650 Armstrong Place
Mableton, GA 30126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,735.00

---

| Debtor | Southern Tree Professionals LLC | Case number *(if known)* 25-21754 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27   Nonpriority creditor's name and mailing address**

Hudco Leasing
3826 N. Hwy 27
La Fayette, GA 30728

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 97,300.00

---

**3.28   Nonpriority creditor's name and mailing address**

Impact Rentals LLC
1000 Peachtree Industrial Blvd
Ste. 6 Box 126
Suwanee, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44,157.00

---

**3.29   Nonpriority creditor's name and mailing address**

Interstate Weld
110 Interstate Lane
Marble, NC 28905

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.30   Nonpriority creditor's name and mailing address**

Jacob McDaniel Enterprises, LLC
5440 June Ivey Road NW
Bethlehem, GA 30620

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 73,600.00

---

**3.31   Nonpriority creditor's name and mailing address**

L&L Advertising
302 Macy Drive
Roswell, GA 30076

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,859.00

---

Debtor  Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

### 3.32  Nonpriority creditor's name and mailing address

Mason Tractor
1050 Appalachian Hwy
Blue Ridge, GA 30513

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ __Unknown__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

### 3.33  Nonpriority creditor's name and mailing address

Metro Green Recycling Two, LLC
4351 Pleasantdale Road
Atlanta, GA 30340

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ __493.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

### 3.34  Nonpriority creditor's name and mailing address

Metro Trailer
100 Metro Parkway
Pelham, AL 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ __9,529.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

### 3.35  Nonpriority creditor's name and mailing address

MHC Atlanta
5860 Riverview Road
Mableton, GA 30126

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ __4,961.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

### 3.36  Nonpriority creditor's name and mailing address

North Georgia Tire
161 Criss Black Road
Cartersville, GA 30120

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ __16,676.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

Debtor  Southern Tree Professionals LLC _____   Case number *(if known)* 25-21754 _____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

PI-JON, Inc.
PO Box 448
Covington, GA 30015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,011.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.38** **Nonpriority creditor's name and mailing address**

Pirtek Atlanta
PO Box 48354
Atlanta, GA 30362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,233.00

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.39** **Nonpriority creditor's name and mailing address**

Pirtek Macon
5437 Bowman Road Ste 120-123
Macon, GA 31210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,160.66

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.40** **Nonpriority creditor's name and mailing address**

Powerscreen of Florida, Inc.
PO Box 5802
Lakeland, FL 33807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 129,847.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.41** **Nonpriority creditor's name and mailing address**

QuikTrip Fleet
PO Box 639
Portland, ME 04104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,800.00

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor  Southern Tree Professionals LLC _____  Case number (*if known*) 25-21754
Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 42   **Nonpriority creditor's name and mailing address**

Ragnar Tech, Inc.
44 Iron Horse Drive
Fremont, NH 03044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,675.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 43   **Nonpriority creditor's name and mailing address**

Raken
703 Palomar Airport Road
Ste 300
Carlsbad, CA 92011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,641.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 44   **Nonpriority creditor's name and mailing address**

Red-D-Arc
PO Box 734675
Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,102.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 45   **Nonpriority creditor's name and mailing address**

Samsara
1 De Haro St
San Francisco, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 46   **Nonpriority creditor's name and mailing address**

SEC Supply
3694 Union Avenue
Atlanta, GA 30354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 566.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 10 of 15

| Debtor | Southern Tree Professionals LLC | Case number *(if known)* | 25-21754 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Smith & Turner Equipment
1905 Athens Street
Gainesville, GA 30507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,965.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

Smyrna Tire
2690 South Cobb Drive
Smyrna, GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

Southeastern Traffic Supply
3300 Highlands Parkway SE
Smyrna, GA 30082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 304,400.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 31,046.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

The McPherson Companies Inc.
5051 Cardinal Street
Trussville, AL 35173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,228.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _Southern Tree Professionals LLC_____ Case number _(if known)_ _23-21754_____
        Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 52  **Nonpriority creditor's name and mailing address**

Threads for the South Inc.
1076 King Industrial Drive
Marietta, GA 30062

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ _Unknown_____

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Tractor & Equipment Company
5336 Airport Hwy
Birmingham, AL 35212

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ _180,800.00_____

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Truist Bank
PO Box 580048
Charlotte, NC 28258

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _5275_____

$ _24,061.38_____

---

**3.** 55  **Nonpriority creditor's name and mailing address**

Vermeer Southeast
428 Ocoee Apopka Road
 34716

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ _10,500.00_____

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Viking Mat Company
PO Box 734504
Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ _24,717.00_____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _12_ of _15_

Debtor _Southern Tree Professionals LLC_____   Case number _(if known)_ _25-21754_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57 **Nonpriority creditor's name and mailing address**

Wex Inc
PO Box 639
Portland, ME 04104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,150.00

**3.** 58 **Nonpriority creditor's name and mailing address**

Wilson-Finley Co
5901 Chapel Hill Road
Raleigh, NC 27607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21,679.00

**3.** 59 **Nonpriority creditor's name and mailing address**

Work Easy Software
1200 SW 145th Avenue
Ste. 200
Hollywood, FL 33027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 149.00

**3.** 60 **Nonpriority creditor's name and mailing address**

WPPL-FM
PO Box 938
Blue Ridge, GA 30513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,800.00

**3.** 61 **Nonpriority creditor's name and mailing address**

Yancey Bros. Co.
259 Lee Industrial Blvd
Austell, GA 30168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 134,000.00

Debtor  Southern Tree Professionals LLC
Name

Case number *(if known)* 25-21754

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Banc of America Leasing & Capital, LLC \| Bank of America, N.A.<br>100 N. Tryon Street<br>Charlotte, NC 28255 | Line ____<br>☑ Not listed. Explain:<br>For Notice Purposes Only | _____ |
| 4.2. | Old National Equipment Finance Company<br>24509 W. Lockport St 84115-001<br>Attn Regina Miller<br>Plainfield, IL 60544 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 4.3. | Old National Equipment Finance Company\|Old National Bank<br>20008384097<br>24509 W Lockport St<br>Plainfield, IL 60544 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 4.4. | Old National Equipment Finance Company\|Old National Bank<br>20008386035<br>24509 W Lockport St<br>Plainfield, IL 60544 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 41. | Sumitomo Mitsui Finance and Leasing Company, Limited<br>666 Third Avenue<br>8th Floor<br>New York, NY 10017 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 4.5. | The Huntington National Bank<br>1405 Xenium Lane North<br>(PCC180)<br>Minneapolis, MN 55441 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 4.6. | WinTrust Specialty Finance<br>PO Box 84783<br>Seattle, WA 98124 | Line ____<br>☑ Not listed. Explain<br>For Notice Purposes Only | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor Southern Tree Professionals LLC
Name

Case number *(if known)* 25-21754

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 3,231.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,427,401.50 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,430,632.50 |

**Fill in this information to identify the case:**

Debtor name ___Southern Tree Professionals LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-21754___          Chapter ___11___

❑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Contract Crushing and Removal Contract | Riverview Land Investments, LLC 6065 Roswell Road, Suite 526, Atlanta, GA, 30328 |
| | State the term remaining: 6 months | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Lease of (1) Splitmax SM-48 with Excavator Mounting Bracket, SN SM48-; (1) Shark 8-220 Stump Grinder, SN UGT8-000011 Lessee | Alliance Funding Group 17542 17th Street Ste. 200 Tustin, CA, 92780 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Lease of 2024 Ufkes 952MEGA drum chipper with Palfinger C45F84 wood crane - 425HP Tier 4 John Deere Engine, SN 23952138 Lessee | Alliance Funding Group 17542 17th Street Ste. 200 Tustin, CA, 92780 |
| | State the term remaining: 46 months | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Ground Lease Parcels 1 and 3 (2.463 Acres and 10.424 Acres) Lessee | Riverview Land Investments, LLC 6065 Roswell Road, Suite 526, Atlanta, GA, 30328 |
| | State the term remaining: 22 months | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: 2024 CBI Grinder | Dakota Financial LLC 11766 Wilshire Blvd Ste. 550 Los Angeles, CA, 90025 |
| | State the term remaining: 59 months | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  Southern Tree Professionals LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known):  25-21754

❑ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Paccar Financial | ☑ D ❑ E/F ❑ G |
| 2.2 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | MHC Financial Services, | ☑ D ❑ E/F ❑ G |
| 2.3 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Truist Bank | ❑ D ☑ E/F ❑ G |
| 2.4 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital | ☑ D ❑ E/F ❑ G |
| 2.5 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Mitsubishi HC Capital | ☑ D ❑ E/F ❑ G |
| 2.6 Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Alliance Funding Group | ☑ D ❑ E/F ❑ G |

Debtor    Southern Tree Professionals LLC
_____
Name

Case number *(if known)*_25-21754_____



### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Mitsubishi HC Capital America, Inc. | ☑ D ❑ E/F ❑ G |
| 2.8 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Financial Pacific Leasing, Inc. | ☑ D ❑ E/F ❑ G |
| 2.9 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Financial Pacific Leasing, Inc. | ☑ D ❑ E/F ❑ G |
| 2.10 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Mitsubishi HC Capital America, Inc. | ☑ D ❑ E/F ❑ G |
| 2.11 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Paccar Financial | ☑ D ❑ E/F ❑ G |
| 2.12 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | De Lage Landen Financial Services, Inc. | ☑ D ❑ E/F ❑ G |
| 2.13 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital Financial Services, LLC | ☑ D ❑ E/F ❑ G |
| 2.14 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Navitas Credit Corp | ☑ D ❑ E/F ❑ G |

Debtor      Southern Tree Professionals LLC
            Name                                          Case number *(if known)* 25-21754

 **Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | ☑ D<br>❑ E/F<br>❑ G |
| 2.16 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Dakota Financial LLC | ❑ D<br>❑ E/F<br>☑ G |
| 2.17 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Toyota Commercial Finance | ☑ D<br>❑ E/F<br>❑ G |
| 2.18 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | MHC Financial Services, LLC | ☑ D<br>❑ E/F<br>❑ G |
| 2.19 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Ascentium Capital, LLC | ☑ D<br>❑ E/F<br>❑ G |
| 2.20 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Allegiant Partners Incorporated | ☑ D<br>❑ E/F<br>❑ G |
| 2.21 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital Financial Services, LLC | ☑ D<br>❑ E/F<br>❑ G |
| 2.22 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Hanmi Bank | ☑ D<br>❑ E/F<br>❑ G |

Official Form 206H      **Schedule H: Codebtors**      page 3 of 5

Debtor   Southern Tree Professionals LLC
_____
Name

Case number *(if known)* 25-21754
_____

   Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital Financial Services, LLC | ☑ D ❑ E/F ❑ G |
| 2.24 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Wall Funding dba Global Merchant Cash Inc | ☑ D ❑ E/F ❑ G |
| 2.25 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital Financial Services, LLC | ☑ D ❑ E/F ❑ G |
| 2.26 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Wintrust Specialty Finance, a division of Beverly Bank | ☑ D ❑ E/F ❑ G |
| 2.27 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Universal Finance Corp | ☑ D ❑ E/F ❑ G |
| 2.28 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Libertas Funding, LLC | ☑ D ❑ E/F ❑ G |
| 2.29 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Zaxis Financial Services Americas, LLC | ☑ D ❑ E/F ❑ G |
| 2.30 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Civista Leasing & Finance | ☑ D ❑ E/F ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page  4  of  5

Debtor  Southern Tree Professionals LLC
Name

Case number *(if known)* 25-21754



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Northland Capital Financial Services, LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Horizon Bank | ☑ D ☐ E/F ☐ G |
| 2.33 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | American Bank Equipment Finance | ☑ D ☐ E/F ☐ G |
| 2.34 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Zaxis Financial Services Americas, LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Oakmont Capital Holdings, LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Zaxis Financial Services Americas, LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Zaxis Financial Services Americas, LLC | ☑ D ☐ E/F ☐ G |
| 2.38 | Benjamin Townsend Ellis | 1468 Forest Drive Southeast Smyrna, GA 30080 | Stellify Capital | ☑ D ☐ E/F ☐ G |

**United States Bankruptcy Court**

**IN RE:**                                                        Case No. 25-21754 _____

Southern Tree Professionals LLC
_____ Chapter   11 _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Benjamin Townsend Ellis , | 100 | Managing member |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Southern Tree Professionals LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___25-21754___

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/29/2025___      ✘ /s/ Benjamin Townsend Ellis_____
           MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Benjamin Townsend Ellis_____
                                    Printed name

                                    Owner_____
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |
| Debtor name __Southern Tree Professionals LLC__ |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number (If known): __25-21754__ |

❑ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From __01/01/2025__ MM / DD / YYYY | to    Filing date | ☑ Operating a business ❑ Other | $ 8,992,743.00 |
| **For prior year:** | From __01/01/2024__ MM / DD / YYYY | to __12/31/2024__ MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 8,021,345.00 |
| **For the year before that:** | From __01/01/2023__ MM / DD / YYYY | to __12/23/2023__ MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 6,352,470.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to    Filing date | _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

Debtor  Southern Tree Professionals LLC
_____
Name

Case number (*if known*) 25-21754
_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 <br> Creditor's name | | $ 2,018,268.39 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Benjamin Townsend Ellis <br> Insider's name <br> 1468 Forest Drive SE <br> Smyrna, GA 30080 <br><br> **Relationship to debtor** <br> Owner | _____ <br><br> _____ <br><br> _____ | $ 4,450,086.00 | Payments on guaranteed debt |
| 4.2. | _____ <br> Insider's name <br><br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | |

---

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **2**

Debtor    Southern Tree Professionals LLC _____    Case number (*if known*) 25-21754 _____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jermaine Darrell Brown v. Southern Tree Professionals, LLC | | Dekalb County Superior Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>25CV77771<br>_____ | | 556 N McDonough St # 1100<br>Decatur, GA 30030 | |
| 7.2. | **Case title**<br>Brown v. Guzman, et al | | **Court or agency's name and address**<br>State Court of Gwinnett County | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>24-C-10062-S7<br>_____ | | 75 Langley Drive<br>Lawrenceville, GA 30046 | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor   Southern Tree Professionals LLC
_____   Case number (*if known*) 25-21754
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____<br>Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 2024 Thunder Creek 690 Fuel Trailer - totaled in accident | 45,000.00 | 10/2024 | $50,000.00 |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **4**

Debtor  Southern Tree Professionals LLC _____    Case number (*if known*) 25-21754 _____
_____
Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Rountree Leitman Klein Geer | Retainer | 11/2025 | $ 18,750.00 |
| **Address** 2987 Clairmont Road, Ste. 350 Atlanta, GA 30329 | | | |
| **Email or website address** www.rlkglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. Rountree Leitman Klein Geer | Retainer and filing fee | 12/2025 | $ 56,250.00 |
| **Address** 2987 Clairmont Road, Ste. 350 Atlanta, GA 30329 | | | |
| **Email or website address** www.rlkglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor   Southern Tree Professionals LLC _____     Case number *(if known)* 25-21754 _____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Joey Martin Auctioneers, LLC | 2015 BANDIT INDUSTRIES CHI, OTHER TRAILER S 4FMUS1611FR003471; 2014 BANDIT INDUSTRIES 189, OTHER TRAILER S 4FMUS2028ER002887 | 11/01/2025 | $ 30,000.00 |
| | **Address** PO Box 337 Williamston, SC 29697 | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | Who received transfer? Joey Martin Auctioneers, LLC | 2006 Sterling 8500 Aceterra | 04/26/2025 | $ 5,000.00 |
| | **Address** PO Box 337 Williamston, SC 29697 | | | |
| | **Relationship to debtor** None | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

Debtor   Southern Tree Professionals LLC _____     Case number (*if known*) 25-21754 _____
　　　　　Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>❑ Electronically<br>❑ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>❑ Electronically<br>❑ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

　　　　Does the debtor have a privacy policy about that information?

　　　　❑ No

　　　　❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

　 Yes. Does the debtor serve as plan administrator?

　　　　❑ No. Go to Part 10.

　　　　❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

　　　　Has the plan been terminated?

　　　　❑ No

　　　　❑ Yes

---

Debtor   Southern Tree Professionals LLC _____   Case number (*if known*) 25-21754 _____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> **Address** | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Machines stored on land; values previous <br> Name <br> 2032 New Hope Road <br> Morganton, GA 30560 <br><br> **Address** | | 210 Kobelco Excavator <br> 300 Kobelco Excavator | ☑ No <br> ☐ Yes |

---

Debtor   Southern Tree Professionals LLC                                    Case number (if known) 25-21754
         Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| The John B. Ellis, Jr. Gift Trust<br>Name<br>2743 Orchard Knob<br>Atlanta, GA 30339 | 6384 Riverview Road<br>Mableton, GA 30126 | 2023 CBI 6800 Whole Tree Grinder | $ 600,000.00 |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor      Southern Tree Professionals LLC                                    Case number *(if known)* 25-21754
_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No

    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

### Part 13:     Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____      To _____ |
| 25.2. **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____      To _____ |
| 25.3. **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____      To _____ |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

Debtor      Southern Tree Professionals LLC
            _____       Case number (*if known*) 25-21754
            Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Ashley Corbitt \| Keystone Financial Consultants, Inc.<br>Name<br>2950 Mt. Wilkinson Pkwy Unit 617 Atlanta, GA 30339 | From 12/03/2023<br>To 12/03/2025 |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Ashley Corbitt \| Keystone Financial Consultants, Inc.<br>Name<br>2950 Mt. Wilkinson Pkwy Unit 617 Atlanta, GA 30339 | From 12/02/2023<br>To 12/03/2025 |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Ashley Corbitt \| Keystone Financial Consultants, Inc.<br>Name<br>2950 Mt. Wilkinson Pkwy Unit 617 Atlanta, GA 30339 | |

Debtor   Southern Tree Professionals LLC                                        Case number (*if known*) 25-21754
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   CIVISTA _____<br>Name |

| Name and address |
|---|
| 26d.2.   Custom Truck Financial _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   _____<br>Name |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **12**

Debtor     Southern Tree Professionals LLC                                    Case number (if known) 25-21754
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Townsend Ellis | , | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Benjamin Townsend Ellis<br>Name<br>1468 Forest Drive SE<br>Smyrna, GA 30080 | 14,550.00 | 12/27/2024<br><br>12/5/2025 | Salary |

| Relationship to debtor | |
|---|---|
| Owner | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **13**

Debtor  Southern Tree Professionals LLC                                    Case number (*if known*) 25-21754
_____
Name

| | Name and address of recipient | 48,609.52 | _____ | Payment of personal expenses |
|---|---|---|---|---|
| 30.2 | Benjamin Townsend Ellis | | _____ | |
| | Name | | | |
| | 1468 Forest Drive SE | | _____ | |
| | Smyrna, GA 30080 | | | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/29/2025
_____
MM  / DD  / YYYY

✘ /s/ Benjamin Townsend Ellis                          Printed name  Benjamin Townsend Ellis
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  Southern Tree Professionals LLC                                  Case number (*if known*)  25-21754

### Continuation Sheet for Official Form 207

**13) Transfers not already listed on this statement**

**Transferee: Powerscreen of Florida**

5125 Frontage Rd N, Lakeland, FL 33810

Date of Transfer: 09/15/2025

Description: 2016 CBI 6800BT Grinder SN 011105

Value: $300,000.00

---

**Transferee: Joey Martin Auctioneers, LLC**

PO Box 337, 29697

Date of Transfer: 04/26/2025

Description: 2006 GMC C2500 HD, 4 Door EXT Cab PK 1GDHC29D86E191718

Value: $1,575.00

---

**Transferee: Joey Martin Auctioneers, LLC**

PO Box 337, Williamston, SC 29697

Date of Transfer: 04/26/2025

Description: 2009 Chevy 1500

Value: $1,350.00

---

**Transferee: Joey Martin Auctioneers, LLC**

PO Box 337, 29697

Date of Transfer: 04/26/2025

Description: 2000 Ford F350

Value: $180.00

---

**Transferee: Joey Martin Auctioneers, LLC**

Date of Transfer: 11/05/2025

Description: 2014 Chipper

Value: $34,000.00

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

Debtor Name  Southern Tree Professionals LLC                    Case number *(if known)* 25-21754

## Continuation Sheet for Official Form 207

---

**26d) Creditors**

**Northland Capital**

**Paccar**

**RPO**

**Wells Fargo**

**Zaxis**

**Elmblue Capital**

**Hammi Bank**

**Allegiant Partners**

**Alliance**

**Horizon**

**Sumitomo Bank**

**AP Equipment**

**MAZO**

**Ascentium Capital**

**Dakota**

**Hemmi Bank**

**MHC**

**NFS**

**Pacific**

**Pawnee**

**Toyota**

**Caterpillar Financing**

**DLL**

**First Citizens Bank**

**Jupiter**

**Oakmont Capital**

**Payme Bank**

**Umpqua Bank**

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

Debtor Name   Southern Tree Professionals LLC                          25-21754

                                              Case number (*if known*)

## Continuation Sheet for Official Form 207

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Jack Ellis**

**2743 Orchard Knob SE**
**Atlanta, GA 30339**

**Amount of money or description: $2,415,775.00**

**Dates: 11/1/2024, 12/16/2024, 12/24/2024**

**Reason: Loan Repayment; Additional payment dates: 1/3/2025; 1/10/2025;**
**1/21/2025; 1/24/2025; 2/19/2025; 2/24/2025; 2/25/2025; 3/5/2025; 3/26/2025;**
**3/31/2025; 4/11/2025; 4/11/2025; 5/5/2025; 5/6/2025; 5/6/2025; 5/7/2025;**
**5/12/2025; 5/19/2025; 5/21/2025; 5/22/2025; 6/17/2025; 6/23/2025; 7/10/2025;**
**7/11/2025; 7/11/2025; 7/14/2025; 8/26/2025; 8/27/2025; 8/28/2025; 9/12/2025;**
**9/15/2025; 9/16/2025; 9/16/2025; 9/19/2025; 9/19/2025; 9/24/2025; 9/26/2025;**
**9/26/2025; 9/29/2025; 10/2/2025; 10/6/2025; 10/6/2025; 10/15/2025; 10/15/2025;**
**10/17/2025; 10/20/2025; 10/21/2025; 10/22/2025; 10/27/2025; 10/31/2025;**
**11/10/2025; 11/14/2025; 11/17/2025; 11/17/2025; 11/19/2025; 11/24/2025;**
**12/05/2025; 12/5/2025**

**---**

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

Southern Tree Professionals, LLC
Ch. 11 Case No. 25-21754
SOFA Part 2, Q. 3 Attachment - 90-Day Transfers

| | | | | | |
|---|---|---|---|---|---|
| 5439 | 10/1/2025 | Allegiant Partners Incorporated | $ | (4,758.81) | |
| 5439 | 11/3/2025 | Allegiant Partners Incorporated | $ | (4,758.81) $ | (9,517.62) |
| 5439 | 9/15/2025 | Alliance Funding Group | $ | (9,913.70) | |
| 5439 | 9/15/2025 | Alliance Funding Group | $ | (7,966.67) | |
| 9113 | 10/1/2025 | Alliance Funding Group | $ | (5,652.98) | |
| 5439 | 10/1/2025 | Alliance Funding Group | $ | (2,470.86) | |
| 5439 | 10/1/2025 | Alliance Funding Group | $ | (1,755.82) | |
| 5439 | 10/15/2025 | Alliance Funding Group | $ | (9,913.70) | |
| 5439 | 10/15/2025 | Alliance Funding Group | $ | (7,966.67) | |
| 9113 | 11/3/2025 | Alliance Funding Group | $ | (5,652.98) | |
| 5439 | 11/3/2025 | Alliance Funding Group | $ | (2,470.86) | |
| 5439 | 11/3/2025 | Alliance Funding Group | $ | (1,755.82) | |
| 5439 | 11/17/2025 | Alliance Funding Group | $ | (9,913.70) | |
| 5439 | 11/17/2025 | Alliance Funding Group | $ | (7,966.67) $ | (73,400.43) |
| 9113 | 9/9/2025 | Ally Bank | $ | (1,542.09) | |
| 9113 | 9/12/2025 | Ally Bank | $ | (1,332.93) | |
| 9113 | 10/8/2025 | Ally Bank | $ | (1,542.09) | |
| 9113 | 10/14/2025 | Ally Bank | $ | (1,332.93) | |
| 9113 | 11/10/2025 | Ally Bank | $ | (1,542.09) | |
| 9113 | 11/13/2025 | Ally Bank | $ | (1,332.93) $ | (8,625.06) |
| 9113 | 10/2/2025 | American Chainsaws | $ | (1,294.10) | |
| 9113 | 10/3/2025 | American Chainsaws | $ | (475.19) | |
| 9113 | 10/6/2025 | American Chainsaws | $ | (863.99) | |
| 9113 | 10/6/2025 | American Chainsaws | $ | (905.76) | |
| 9113 | 10/6/2025 | American Chainsaws | $ | (905.76) | |
| 9113 | 10/7/2025 | American Chainsaws | $ | (137.70) | |
| 9113 | 10/9/2025 | American Chainsaws | $ | (1,243.12) | |
| 9113 | 10/10/2025 | American Chainsaws | $ | (922.35) | |
| 9113 | 10/14/2025 | American Chainsaws | $ | (624.95) | |
| 9113 | 10/15/2025 | American Chainsaws | $ | (182.35) | |
| 9113 | 10/15/2025 | American Chainsaws | $ | (55.05) | |
| 9113 | 10/16/2025 | American Chainsaws | $ | (1,295.98) | |
| 9113 | 10/16/2025 | American Chainsaws | $ | (555.34) | |
| 9113 | 10/20/2025 | American Chainsaws | $ | (626.92) | |
| 9113 | 10/21/2025 | American Chainsaws | $ | (647.99) | |
| 9113 | 10/21/2025 | American Chainsaws | $ | (194.39) | |
| 9113 | 10/23/2025 | American Chainsaws | $ | (771.20) | |
| 9113 | 10/24/2025 | American Chainsaws | $ | (145.69) | |
| 9113 | 10/27/2025 | American Chainsaws | $ | (477.33) | |
| 9113 | 10/28/2025 | American Chainsaws | $ | (235.77) | |
| 9113 | 10/30/2025 | American Chainsaws | $ | (42.65) | |
| 9113 | 11/3/2025 | American Chainsaws | $ | (1,463.71) | |
| 9113 | 11/4/2025 | American Chainsaws | $ | (773.44) | |
| 9113 | 11/5/2025 | American Chainsaws | $ | (2,019.59) | |
| 9113 | 11/6/2025 | American Chainsaws | $ | (860.10) | |
| 9113 | 11/12/2025 | American Chainsaws | $ | (1,366.29) | |
| 9113 | 11/12/2025 | American Chainsaws | $ | (903.96) | |
| 9113 | 11/20/2025 | American Chainsaws | $ | (808.80) | |
| 9113 | 12/4/2025 | American Chainsaws | $ | (1,136.93) $ | (21,936.40) |
| 5439 | 9/22/2025 | Bank Capital Services, LLC dba FNB Equipment Finance | $ | (4,834.52) | |
| 5439 | 10/21/2025 | Bank Capital Services, LLC dba FNB Equipment Finance | $ | (4,834.52) $ | (9,669.04) |
| 5439 | 9/18/2025 | BMO Bank, N.A. | $ | (4,367.38) | |
| 5439 | 10/8/2025 | BMO Bank, N.A. | $ | (15,597.61) | |
| 5439 | 10/8/2025 | BMO Bank, N.A. | $ | (9,667.81) | |
| 5439 | 10/20/2025 | BMO Bank, N.A. | $ | (4,367.38) | |
| 5439 | 11/7/2025 | BMO Bank, N.A. | $ | (5,031.49) | |
| 5439 | 11/7/2025 | BMO Bank, N.A. | $ | (3,118.65) | |
| 5439 | 11/18/2025 | BMO Bank, N.A. | $ | (4,367.38) $ | (46,517.70) |
| 5439 | 9/8/2025 | Caterpillar Financial Services Corporation | $ | (4,020.62) | |
| 5439 | 9/12/2025 | Caterpillar Financial Services Corporation | $ | (12,133.90) | |
| 5439 | 9/12/2025 | Caterpillar Financial Services Corporation | $ | (8,119.76) | |
| 9113 | 9/30/2025 | Caterpillar Financial Services Corporation | $ | (4,491.93) | |
| 5439 | 10/6/2025 | Caterpillar Financial Services Corporation | $ | (10,173.06) | |

| Acct | Date | Payee | | Amount | | Total |
|---|---|---|---|---|---|---|
| 5439 | 10/7/2025 | Caterpillar Financial Services Corporation | $ | (1,556.00) | | |
| 5439 | 10/8/2025 | Caterpillar Financial Services Corporation | $ | (4,020.62) | | |
| 5439 | 10/14/2025 | Caterpillar Financial Services Corporation | $ | (12,133.90) | | |
| 5439 | 10/14/2025 | Caterpillar Financial Services Corporation | $ | (8,119.76) | | |
| 9113 | 10/28/2025 | Caterpillar Financial Services Corporation | $ | (4,491.93) | | |
| 5439 | 11/5/2025 | Caterpillar Financial Services Corporation | $ | (1,556.00) | | |
| 5439 | 11/6/2025 | Caterpillar Financial Services Corporation | $ | (4,020.62) | | |
| 5439 | 11/12/2025 | Caterpillar Financial Services Corporation | $ | (12,133.90) | | |
| 5439 | 11/12/2025 | Caterpillar Financial Services Corporation | $ | (8,119.76) | $ | (95,091.76) |
| 5439 | 9/10/2025 | CF ELGA SOUTHERN TREE PROFESSI ACH CORP DEBIT | $ | (10,000.00) | $ | (10,000.00) |
| 9113 | 9/8/2025 | Colliflower Inc. | $ | (328.85) | | |
| 9113 | 9/8/2025 | Colliflower Inc. | $ | (364.79) | | |
| 9113 | 9/9/2025 | Colliflower Inc. | $ | (982.07) | | |
| 9113 | 9/10/2025 | Colliflower Inc. | $ | (77.98) | | |
| 9113 | 9/12/2025 | Colliflower Inc. | $ | (762.99) | | |
| 9113 | 9/16/2025 | Colliflower Inc. | $ | (365.32) | | |
| 9113 | 9/18/2025 | Colliflower Inc. | $ | (656.00) | | |
| 9113 | 9/19/2025 | Colliflower Inc. | $ | (483.23) | | |
| 9113 | 9/22/2025 | Colliflower Inc. | $ | (241.34) | | |
| 9113 | 9/22/2025 | Colliflower Inc. | $ | (111.29) | | |
| 9113 | 9/23/2025 | Colliflower Inc. | $ | (29.48) | | |
| 9113 | 9/23/2025 | Colliflower Inc. | $ | (685.33) | | |
| 9113 | 9/23/2025 | Colliflower Inc. | $ | (67.10) | | |
| 9113 | 9/24/2025 | Colliflower Inc. | $ | (294.11) | | |
| 9113 | 9/25/2025 | Colliflower Inc. | $ | (568.60) | | |
| 9113 | 9/26/2025 | Colliflower Inc. | $ | (1,108.78) | | |
| 9113 | 9/26/2025 | Colliflower Inc. | $ | (368.57) | | |
| 9113 | 9/29/2025 | Colliflower Inc. | $ | (58.50) | | |
| 9113 | 9/29/2025 | Colliflower Inc. | $ | (53.91) | | |
| 9113 | 10/2/2025 | Colliflower Inc. | $ | (598.28) | | |
| 9113 | 10/7/2025 | Colliflower Inc. | $ | (74.43) | | |
| 9113 | 10/8/2025 | Colliflower Inc. | $ | (174.35) | | |
| 9113 | 10/10/2025 | Colliflower Inc. | $ | (41.03) | | |
| 9113 | 10/14/2025 | Colliflower Inc. | $ | (230.64) | | |
| 9113 | 10/14/2025 | Colliflower Inc. | $ | (95.28) | | |
| 9113 | 10/15/2025 | Colliflower Inc. | $ | (630.34) | | |
| 9113 | 10/15/2025 | Colliflower Inc. | $ | (783.71) | | |
| 9113 | 10/16/2025 | Colliflower Inc. | $ | (602.97) | | |
| 9113 | 10/17/2025 | Colliflower Inc. | $ | (228.63) | | |
| 9113 | 10/20/2025 | Colliflower Inc. | $ | (1,109.70) | | |
| 9113 | 10/24/2025 | Colliflower Inc. | $ | (51.16) | | |
| 9113 | 10/31/2025 | Colliflower Inc. | $ | (1,221.40) | | |
| 9113 | 10/31/2025 | Colliflower Inc. | $ | (36.07) | | |
| 9113 | 10/31/2025 | Colliflower Inc. | $ | (167.44) | | |
| 9113 | 11/4/2025 | Colliflower Inc. | $ | (154.73) | | |
| 9113 | 11/5/2025 | Colliflower Inc. | $ | (33.57) | | |
| 9113 | 11/6/2025 | Colliflower Inc. | $ | (233.58) | | |
| 9113 | 11/10/2025 | Colliflower Inc. | $ | (168.31) | | |
| 9113 | 11/12/2025 | Colliflower Inc. | $ | (973.07) | | |
| 9113 | 11/19/2025 | Colliflower Inc. | $ | (352.71) | | |
| 9113 | 11/19/2025 | Colliflower Inc. | $ | (30.13) | | |
| 9113 | 11/26/2025 | Colliflower Inc. | $ | (447.21) | $ | (16,046.98) |
| 9113 | 10/16/2025 | Commercial Credit Group, Inc. | $ | (48,522.20) | | |
| 5439 | 11/10/2025 | Commercial Credit Group, Inc. | $ | (10,455.00) | $ | (58,977.20) |
| 5439 | 9/10/2025 | 1480 Compass Concepts | $ | (6,500.00) | | |
| 5439 | 10/31/2025 | 1506 Compass Concepts | $ | (7,500.00) | $ | (14,000.00) |
| 9113 | 9/5/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/5/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/8/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/8/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/8/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/9/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/9/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/9/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/9/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/9/2025 | Cowart Mulch Products | $ | (20.00) | | |
| 9113 | 9/10/2025 | Cowart Mulch Products | $ | (20.00) | | |

| | | | | |
|---|---|---|---|---|
| 9113 9/10/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/10/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/10/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/10/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/10/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/11/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/11/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/16/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/16/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/23/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/23/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/23/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/24/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/24/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/24/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/24/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/25/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/25/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/25/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/25/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/26/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/26/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/26/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/26/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 9/26/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 10/1/2025 | Cowart Mulch Products | $ | (20.00) | |
| 9113 10/2/2025 | Cowart Mulch Products | $ | (50.00) | |
| 5439 10/6/2025 | Cowart Mulch Products | $ | (31,875.00) | |
| 5439 10/6/2025 | Cowart Mulch Products | $ | (20.00) | |
| 5439 10/28/2025 | Cowart Mulch Products | $ | (30,580.00) | |
| 5439 10/28/2025 | Cowart Mulch Products | $ | (27,000.00) | |
| 5439 11/4/2025 | Cowart Mulch Products | $ | (12,150.00) $ | (102,415.00) |
| 9113 9/16/2025 | Custom Truck Capital | $ | (2,666.67) | |
| 9113 10/2/2025 | Custom Truck Capital | $ | (1,582.32) | |
| 9113 10/16/2025 | Custom Truck Capital | $ | (2,666.67) | |
| 9113 11/4/2025 | Custom Truck Capital | $ | (1,582.32) | |
| 9113 11/18/2025 | Custom Truck Capital | $ | (2,666.67) | |
| 5439 9/15/2025 | Cutsom Truck Capital | $ | (5,193.30) | |
| 9113 10/8/2025 | Cutsom Truck Capital | $ | (5,176.35) | |
| 5439 10/28/2025 | Cutsom Truck Capital | $ | (5,176.35) $ | (26,710.65) |
| 9113 9/11/2025 | Dakota Financial | $ | (150,750.00) | |
| 5439 10/17/2025 | Dakota Financial | $ | (23,897.00) | |
| 5439 11/12/2025 | Dakota Financial | $ | (23,862.00) | |
| 9113 11/18/2025 | Dakota Financial | $ | (23,887.00) $ | (222,396.00) |
| 9113 9/5/2025 | Enterprise Car Rental | $ | (570.80) | |
| 9113 9/5/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/8/2025 | Enterprise Car Rental | $ | (574.96) | |
| 9113 9/9/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/10/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/10/2025 | Enterprise Car Rental | $ | (195.80) | |
| 9113 9/10/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/10/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/12/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/12/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/12/2025 | Enterprise Car Rental | $ | (570.80) | |
| 9113 9/15/2025 | Enterprise Car Rental | $ | (574.95) | |
| 9113 9/15/2025 | Enterprise Car Rental | $ | (235.25) | |
| 9113 9/16/2025 | Enterprise Car Rental | $ | (561.18) | |
| 9113 9/16/2025 | Enterprise Car Rental | $ | (561.18) | |
| 9113 9/16/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/16/2025 | Enterprise Car Rental | $ | (186.26) | |
| 9113 9/17/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/19/2025 | Enterprise Car Rental | $ | (561.18) | |
| 9113 9/19/2025 | Enterprise Car Rental | $ | (570.80) | |
| 9113 9/22/2025 | Enterprise Car Rental | $ | (574.96) | |
| 9113 9/24/2025 | Enterprise Car Rental | $ | (561.19) | |
| 9113 9/24/2025 | Enterprise Car Rental | $ | (561.19) | |

| | | | | |
|---|---|---|---|---|
| 9113 9/24/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 9/24/2025 | Enterprise Car Rental | $ | (561.18) |
| 9113 9/24/2025 | Enterprise Car Rental | $ | (195.61) |
| 9113 9/26/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 9/26/2025 | Enterprise Car Rental | $ | (570.80) |
| 9113 9/30/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 9/30/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 9/30/2025 | Enterprise Car Rental | $ | (574.95) |
| 9113 9/30/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 10/1/2025 | Enterprise Car Rental | $ | (561.18) |
| 9113 10/3/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 10/3/2025 | Enterprise Car Rental | $ | (571.94) |
| 9113 10/6/2025 | Enterprise Car Rental | $ | (574.96) |
| 9113 10/8/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/8/2025 | Enterprise Car Rental | $ | (233.54) |
| 9113 10/8/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 10/8/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 10/9/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/9/2025 | Enterprise Car Rental | $ | (190.18) |
| 9113 10/10/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/10/2025 | Enterprise Car Rental | $ | (571.95) |
| 9113 10/14/2025 | Enterprise Car Rental | $ | (576.07) |
| 9113 10/14/2025 | Enterprise Car Rental | $ | (162.18) |
| 9113 10/15/2025 | Enterprise Car Rental | $ | (561.19) |
| 9113 10/16/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/17/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/17/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/17/2025 | Enterprise Car Rental | $ | (571.94) |
| 9113 10/17/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/20/2025 | Enterprise Car Rental | $ | (576.07) |
| 9113 10/22/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/22/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/22/2025 | Enterprise Car Rental | $ | (164.61) |
| 9113 10/24/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/24/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/24/2025 | Enterprise Car Rental | $ | (571.95) |
| 9113 10/24/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/27/2025 | Enterprise Car Rental | $ | (576.06) |
| 9113 10/29/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/29/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/30/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/30/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/30/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/31/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 10/31/2025 | Enterprise Car Rental | $ | (571.94) |
| 9113 11/3/2025 | Enterprise Car Rental | $ | (576.07) |
| 9113 11/5/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/5/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/6/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/6/2025 | Enterprise Car Rental | $ | (24.73) |
| 9113 11/6/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/6/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/7/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/7/2025 | Enterprise Car Rental | $ | (571.95) |
| 9113 11/10/2025 | Enterprise Car Rental | $ | (576.07) |
| 9113 11/10/2025 | Enterprise Car Rental | $ | (179.54) |
| 9113 11/12/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/12/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/13/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/13/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/13/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/17/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/17/2025 | Enterprise Car Rental | $ | (571.94) |
| 9113 11/19/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/19/2025 | Enterprise Car Rental | $ | (19.43) |
| 9113 11/20/2025 | Enterprise Car Rental | $ | (562.33) |
| 9113 11/20/2025 | Enterprise Car Rental | $ | (562.33) |

| | | | | |
|---|---|---|---:|---:|
| 9113 | 11/21/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 11/21/2025 | Enterprise Car Rental | $ (571.95) | |
| 9113 | 11/24/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 11/26/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 11/26/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 11/28/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 11/28/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/1/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/1/2025 | Enterprise Car Rental | $ (571.94) | |
| 9113 | 12/3/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/4/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/4/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/5/2025 | Enterprise Car Rental | $ (562.33) | |
| 9113 | 12/5/2025 | Enterprise Car Rental | $ (571.95) | $ (54,317.12) |
| 5439 | 9/15/2025 | Financial Pacific Leasing, Inc. | $ (4,709.67) | |
| 5439 | 9/15/2025 | Financial Pacific Leasing, Inc. | $ (3,896.33) | |
| 5439 | 10/15/2025 | Financial Pacific Leasing, Inc. | $ (4,709.67) | |
| 5439 | 10/15/2025 | Financial Pacific Leasing, Inc. | $ (3,896.33) | |
| 5439 | 11/17/2025 | Financial Pacific Leasing, Inc. | $ (4,709.67) | |
| 5439 | 11/17/2025 | Financial Pacific Leasing, Inc. | $ (3,896.33) | $ (25,818.00) |
| 5439 | 9/5/2025 | First Business Specialty Finance LLC | $ (3,610.69) | |
| 5439 | 10/6/2025 | First Business Specialty Finance LLC | $ (3,610.69) | |
| 5439 | 11/5/2025 | First Business Specialty Finance LLC | $ (3,610.69) | |
| 5439 | 12/05/2025 | First Business Specialty Finance LLC | $ (3,610.69) | $ (14,442.76) |
| 9113 | 10/3/2025 | FLEET PRIDE INC | $ (3,767.70) | |
| 9113 | 11/5/2025 | FLEET PRIDE INC | $ (5,285.65) | $ (9,053.35) |
| 9113 | 9/26/2025 | Four Hats, Inc. | $ (7,700.00) | |
| 9113 | 10/6/2025 | Four Hats, Inc. | $ (8,200.00) | |
| 9113 | 10/8/2025 | Four Hats, Inc. | $ (5,300.00) | |
| 9113 | 10/21/2025 | Four Hats, Inc. | $ (8,350.00) | |
| 9113 | 10/27/2025 | Four Hats, Inc. | $ (15,337.50) | |
| 9113 | 11/6/2025 | Four Hats, Inc. | $ (19,600.00) | |
| 9113 | 11/18/2025 | Four Hats, Inc. | $ (11,225.00) | $ (75,712.50) |
| 5439 | 10/28/2025 | Great Lakes Petroleum | $ (2,312.75) | |
| 5439 | 11/5/2025 | Great Lakes Petroleum | $ (27,413.79) | |
| 5439 | 11/17/2025 | Great Lakes Petroleum | $ (10,630.72) | |
| 9113 | 12/4/2025 | Great Lakes Petroleum | $ (8,978.86) | $ (49,336.12) |
| 9113 | 9/8/2025 | Herc Rentals | $ (4,332.22) | |
| 9113 | 10/6/2025 | Herc Rentals | $ (4,332.22) | |
| 9113 | 11/3/2025 | Herc Rentals | $ (4,332.22) | |
| 9113 | 12/1/2025 | Herc Rentals | $ (4,332.22) | |
| 9113 | 12/5/2025 | Herc Rentals | $ (1,400.79) | $ (18,729.67) |
| 5439 | 10/30/2025 | Home Trust Bank | $ (27,299.50) | |
| 5439 | 10/30/2025 | Home Trust Bank | $ (500.00) | |
| 5439 | 11/18/2025 | Home Trust Bank | $ (5,218.63) | $ (33,018.13) |
| 5439 | 9/22/2025 | Horizon Bank | $ (7,768.08) | |
| 5439 | 10/20/2025 | Horizon Bank | $ (7,768.08) | |
| 5439 | 11/20/2025 | Horizon Bank | $ (7,768.08) | $ (23,304.24) |
| 5439 | 9/5/2025 | Jupiter Financial Services | $ (5,765.45) | |
| 5439 | 10/1/2025 | Jupiter Financial Services | $ (5,900.33) | |
| 5439 | 10/3/2025 | Jupiter Financial Services | $ (5,735.45) | |
| 9113 | 10/14/2025 | Jupiter Financial Services | $ (995.00) | |
| 9113 | 10/20/2025 | Jupiter Financial Services | $ (995.00) | |
| 5439 | 11/3/2025 | Jupiter Financial Services | $ (5,900.33) | |
| 5439 | 11/6/2025 | Jupiter Financial Services | $ (5,735.45) | $ (31,027.01) |
| 5439 | 10/9/2025 | Libertas Funding, LLC | $ (14,523.80) | |
| 5439 | 10/23/2025 | Libertas Funding, LLC | $ (14,523.80) | |
| 5439 | 11/6/2025 | Libertas Funding, LLC | $ (14,523.80) | |
| 5439 | 11/20/2025 | Libertas Funding, LLC | $ (14,523.80) | $ (58,095.20) |
| 9113 | 9/9/2025 | Mason Tractor Company | $ (140.07) | |
| 9113 | 9/16/2025 | Mason Tractor Company | $ (95.28) | |
| 9113 | 9/17/2025 | Mason Tractor Company | $ (1,633.50) | |
| 9113 | 9/17/2025 | Mason Tractor Company | $ (1,336.89) | |
| 9113 | 9/22/2025 | Mason Tractor Company | $ (345.15) | |
| 9113 | 9/26/2025 | Mason Tractor Company | $ (164.07) | |
| 9113 | 9/26/2025 | Mason Tractor Company | $ (315.64) | |
| 9113 | 10/1/2025 | Mason Tractor Company | $ (30,000.00) | |

| | | | | | |
|---|---|---|---|---|---|
| 9113 | 10/1/2025 | Mason Tractor Company | $ | (832.13) | |
| 9113 | 10/2/2025 | Mason Tractor Company | $ | (431.30) | |
| 9113 | 10/2/2025 | Mason Tractor Company | $ | (230.54) | |
| 9113 | 10/10/2025 | Mason Tractor Company | $ | (463.09) | |
| 9113 | 10/14/2025 | Mason Tractor Company | $ | (89.17) | |
| 9113 | 10/15/2025 | Mason Tractor Company | $ | (282.77) | |
| 9113 | 10/15/2025 | Mason Tractor Company | $ | (90.94) | |
| 9113 | 10/15/2025 | Mason Tractor Company | $ | (659.79) | |
| 9113 | 10/16/2025 | Mason Tractor Company | $ | (70.79) | |
| 9113 | 10/17/2025 | Mason Tractor Company | $ | (643.63) | |
| 9113 | 10/22/2025 | Mason Tractor Company | $ | (187.16) | |
| 9113 | 10/24/2025 | Mason Tractor Company | $ | (17.77) | |
| 9113 | 10/28/2025 | Mason Tractor Company | $ | (4,537.50) | |
| 9113 | 10/29/2025 | Mason Tractor Company | $ | (239.94) | |
| 9113 | 10/29/2025 | Mason Tractor Company | $ | (129.69) | |
| 9113 | 10/30/2025 | Mason Tractor Company | $ | (2,130.27) | |
| 9113 | 11/3/2025 | Mason Tractor Company | $ | (30,000.00) | |
| 9113 | 11/3/2025 | Mason Tractor Company | $ | (33.22) | |
| 9113 | 11/10/2025 | Mason Tractor Company | $ | (26.65) | |
| 9113 | 11/20/2025 | Mason Tractor Company | $ | (5,027.47) | |
| 9113 | 11/24/2025 | Mason Tractor Company | $ | (921.06) | |
| 9113 | 11/25/2025 | Mason Tractor Company | $ | (81.90) | |
| 9113 | 11/28/2025 | Mason Tractor Company | $ | (349.83) | |
| 9113 | 11/28/2025 | Mason Tractor Company | $ | (2,066.45) | |
| 9113 | 12/2/2025 | Mason Tractor Company | $ | (30,000.00) | $ (113,573.66) |
| 9113 | 9/10/2025 | MHC Financial Services | $ | (4,343.14) | |
| 9113 | 9/15/2025 | MHC Financial Services | $ | (352.60) | |
| 9113 | 9/15/2025 | MHC Financial Services | $ | (131.65) | |
| 9113 | 9/15/2025 | MHC Financial Services | $ | (16.01) | |
| 9113 | 9/17/2025 | MHC Financial Services | $ | (4,454.32) | |
| 9113 | 9/17/2025 | MHC Financial Services | $ | (15.26) | |
| 9113 | 9/19/2025 | MHC Financial Services | $ | (90.10) | |
| 9113 | 9/23/2025 | MHC Financial Services | $ | (3,790.44) | |
| 9113 | 10/6/2025 | MHC Financial Services | $ | (514.32) | |
| 9113 | 10/10/2025 | MHC Financial Services | $ | (4,343.14) | |
| 9113 | 10/17/2025 | MHC Financial Services | $ | (4,454.32) | |
| 9113 | 10/17/2025 | MHC Financial Services | $ | (14.83) | |
| 9113 | 10/21/2025 | MHC Financial Services | $ | (3,790.44) | |
| 9113 | 10/27/2025 | MHC Financial Services | $ | (586.14) | |
| 9113 | 10/28/2025 | MHC Financial Services | $ | (310.94) | |
| 9113 | 10/29/2025 | MHC Financial Services | $ | (14.83) | |
| 9113 | 10/31/2025 | MHC Financial Services | $ | (683.70) | |
| 9113 | 11/10/2025 | MHC Financial Services | $ | (2,260.79) | |
| 9113 | 11/12/2025 | MHC Financial Services | $ | (4,343.14) | $ (34,510.11) |
| 5439 | 9/8/2025 | Mitsubishi HC Capital America, Inc. | $ | (1,851.25) | |
| 5439 | 9/11/2025 | Mitsubishi HC Capital America, Inc. | $ | (1,452.24) | |
| 9113 | 9/29/2025 | Mitsubishi HC Capital America, Inc. | $ | (36,897.60) | |
| 5439 | 10/1/2025 | Mitsubishi HC Capital America, Inc. | $ | (8,748.36) | |
| 5439 | 10/7/2025 | Mitsubishi HC Capital America, Inc. | $ | (1,851.25) | |
| 5439 | 11/3/2025 | Mitsubishi HC Capital America, Inc. | $ | (8,748.36) | |
| 5439 | 11/3/2025 | Mitsubishi HC Capital America, Inc. | $ | (6,470.04) | |
| 5439 | 11/3/2025 | Mitsubishi HC Capital America, Inc. | $ | (1,452.24) | |
| 5439 | 11/7/2025 | Mitsubishi HC Capital America, Inc. | $ | (1,851.25) | |
| 5439 | 11/17/2025 | Mitsubishi HC Capital America, Inc. | $ | (3,814.76) | |
| 5439 | 12/05/2025 | Mitsubishi HC Capital America, Inc. | $ | (874.84) | |
| 5439 | 12/05/2025 | Mitsubishi HC Capital America, Inc. | $ | (647.00) | |
| 5439 | 12/05/2025 | Mitsubishi HC Capital America, Inc. | $ | (145.22) | $ (74,804.41) |
| 5439 | 9/16/2025 | Navitas Credit Corp / ElmBlue Capital | $ | (1,683.89) | |
| 5439 | 10/16/2025 | Navitas Credit Corp / ElmBlue Capital | $ | (1,683.89) | |
| 5439 | 11/7/2025 | Navitas Credit Corp / ElmBlue Capital | $ | (6,150.00) | |
| 5439 | 11/14/2025 | Navitas Credit Corp / ElmBlue Capital | $ | (6,150.00) | |
| 5439 | 11/17/2025 | Navitas Credit Corp / ElmBlue Capital | $ | (1,683.89) | $ (17,351.67) |
| 9113 | 11/17/2025 | NFS Capital, LLC | $ | (59,379.56) | |
| 9113 | 12/5/2025 | NFS Capital, LLC | $ | (65,358.00) | $ (124,737.56) |
| 9113 | 9/15/2025 | Northland Capital Financial Services, LLC | $ | (2,870.52) | |
| 9113 | 9/15/2025 | Northland Capital Financial Services, LLC | $ | (1,604.52) | |
| 9113 | 9/15/2025 | Northland Capital Financial Services, LLC | $ | (4,385.11) | |

| | | | |
|---|---|---|---|
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (2,261.73) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (1,383.50) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (398.93) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (856.38) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (7,998.63) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (1,505.81) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (3,603.22) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (587.44) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (1,493.21) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (1,829.81) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (7,291.72) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (3,446.98) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (2,331.69) | |
| 9113 9/15/2025 | Northland Capital Financial Services, LLC | $ (1,004.47) | |
| 5439 9/16/2025 | Northland Capital Financial Services, LLC | $ (2,173.97) | |
| 9113 9/18/2025 | Northland Capital Financial Services, LLC | $ (1,213.60) | |
| 9113 9/29/2025 | Northland Capital Financial Services, LLC | $ (3,268.80) | |
| 9113 9/29/2025 | Northland Capital Financial Services, LLC | $ (822.00) | |
| 9113 9/29/2025 | Northland Capital Financial Services, LLC | $ (1,582.00) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (2,870.52) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,604.52) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (4,385.11) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (2,261.73) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,383.50) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (398.93) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (856.38) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (7,998.63) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,505.81) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (3,603.22) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (587.44) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,493.21) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,829.81) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (7,291.72) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (3,446.98) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (2,331.69) | |
| 9113 10/15/2025 | Northland Capital Financial Services, LLC | $ (1,004.47) | |
| 9113 10/20/2025 | Northland Capital Financial Services, LLC | $ (1,213.60) | |
| 9113 10/28/2025 | Northland Capital Financial Services, LLC | $ (1,582.00) | |
| 9113 10/28/2025 | Northland Capital Financial Services, LLC | $ (3,268.80) | |
| 9113 10/28/2025 | Northland Capital Financial Services, LLC | $ (822.00) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (2,870.52) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,604.52) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (4,385.11) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (2,261.73) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,383.50) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (398.93) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (856.38) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (7,998.63) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,505.81) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (3,603.22) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (587.44) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,493.21) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,829.81) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (7,291.72) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (3,446.98) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (2,331.69) | |
| 9113 11/17/2025 | Northland Capital Financial Services, LLC | $ (1,004.47) | |
| 9113 11/18/2025 | Northland Capital Financial Services, LLC | $ (1,213.60) | $ (151,721.38) |
| 5439 9/30/2025 | Oakmont Capital Holdings, LLC | $ (5,744.97) | |
| 5439 10/30/2025 | Oakmont Capital Holdings, LLC | $ (6,375.36) | $ (12,120.33) |
| 5439 9/15/2025 | P FINANCIAL SERVICES | $ (3,392.84) | |
| 5439 10/15/2025 | P FINANCIAL SERVICES | $ (3,392.84) | |
| 5439 11/17/2025 | P FINANCIAL SERVICES | $ (3,392.84) | $ (10,178.52) |
| 5439 9/8/2025 | PACCAR Financial | $ (4,181.54) | |
| 5439 9/8/2025 | PACCAR Financial | $ (2,873.76) | |
| 5439 10/6/2025 | PACCAR Financial | $ (4,181.54) | |
| 5439 10/6/2025 | PACCAR Financial | $ (2,873.76) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5439 | 11/5/2025 | PACCAR Financial | $ | (4,181.54) | | |
| 5439 | 11/5/2025 | PACCAR Financial | $ | (2,873.76) | $ | (21,165.90) |
| 9113 | 10/1/2025 | Pawnee Leasing Corporation | $ | (5,229.36) | | |
| 9113 | 11/3/2025 | Pawnee Leasing Corporation | $ | (5,229.36) | $ | (10,458.72) |
| 9113 | 10/6/2025 | PI-JON, Inc. | $ | (12,611.01) | $ | (12,611.01) |
| 5439 | 9/8/2025 | Stearns Bank, N.A. | $ | (3,998.31) | | |
| 5439 | 10/6/2025 | Stearns Bank, N.A. | $ | (2,316.91) | | |
| 5439 | 10/8/2025 | Stearns Bank, N.A. | $ | (4,500.20) | | |
| 5439 | 11/4/2025 | Stearns Bank, N.A. | $ | (2,316.91) | | |
| 5439 | 11/10/2025 | Stearns Bank, N.A. | $ | (4,500.20) | $ | (17,632.53) |
| 5439 | 9/5/2025 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | $ | (5,110.23) | | |
| 5439 | 10/6/2025 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | $ | (5,110.23) | | |
| 5439 | 11/5/2025 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | $ | (5,110.23) | | |
| 5439 | 12/05/2025 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | $ | (5,110.23) | $ | (20,440.92) |
| 5439 | 9/16/2025 | Toyota Financial | $ | (5,606.33) | | |
| 5439 | 10/2/2025 | Toyota Financial | $ | (5,577.10) | | |
| 5439 | 10/6/2025 | Toyota Financial | $ | (3,207.95) | | |
| 5439 | 10/14/2025 | Toyota Financial | $ | (5,606.33) | | |
| 5439 | 11/7/2025 | Toyota Financial | $ | (5,577.10) | | |
| 5439 | 11/7/2025 | Toyota Financial | $ | (3,207.95) | $ | (28,782.76) |
| 9113 | 9/19/2025 | Truist Bank | $ | (28,441.87) | | |
| 9113 | 10/21/2025 | Truist Bank | $ | (15,904.75) | | |
| 5439 | 11/19/2025 | Truist Bank | $ | (15,000.00) | $ | (59,346.62) |
| 5439 | 11/4/2025 | Universal Finance Corp | $ | (2,237.95) | | |
| 5439 | 12/04/2025 | Universal Finance Corp | $ | (8,927.61) | $ | (11,165.56) |
| 9113 | 9/5/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,677.37) | | |
| 9113 | 9/22/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (5,113.24) | | |
| 9113 | 9/22/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,150.58) | | |
| 9113 | 9/22/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,871.58) | | |
| 9113 | 9/24/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,747.91) | | |
| 9113 | 10/1/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,503.45) | | |
| 9113 | 10/2/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (7,565.44) | | |
| 5439 | 10/2/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (6,278.53) | | |
| 9113 | 10/7/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,677.37) | | |
| 9113 | 10/21/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (5,113.24) | | |
| 9113 | 10/21/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,150.58) | | |
| 9113 | 10/21/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,871.58) | | |
| 9113 | 10/24/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,747.91) | | |
| 9113 | 10/31/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,503.45) | | |
| 5439 | 11/4/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,800.18) | | |
| 9113 | 11/4/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (7,565.44) | | |
| 5439 | 11/4/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (5,928.53) | | |
| 9113 | 11/5/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,677.37) | | |
| 9113 | 11/20/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (5,113.24) | | |
| 9113 | 11/20/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (3,150.58) | | |
| 9113 | 11/20/2025 | Wells Fargo Vendor Financial Services, LLC | $ | (2,871.58) | $ | (85,079.15) |
| 5439 | 10/7/2025 | YANCEY BROS. INC | $ | (56,026.13) | $ | (56,026.13) |
| 5439 | 9/11/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,832.24) | | |
| 5439 | 9/16/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,142.17) | | |
| 5439 | 9/16/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (3,906.98) | | |
| 5439 | 10/10/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,832.24) | | |
| 5439 | 10/15/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,142.17) | | |
| 5439 | 10/15/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (3,906.98) | | |
| 5439 | 11/14/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,832.24) | | |
| 5439 | 11/17/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (5,142.17) | | |
| 5439 | 11/17/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (3,906.98) | | |
| 5439 | 11/17/2025 | ZAXIS Finance -000 SOUTHERN TREE PROFESSI ACH DEBIT | $ | (3,759.34) | $ | (48,403.51) |
| | | | $ | (2,018,268.39) | $ | (2,018,268.39) |

SUPPLEMENTAL LIST OF CREDITORS

Banc of America Leasing & Capital, LLC
Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255

Old National Equipment Finance Company
24509 W. Lockport St 84115-001
Attn Regina Miller
Plainfield, IL 60544

Old National Equipment Finance Company
Old National Bank
20008384097
24509 W Lockport St
Plainfield, IL 60544

Old National Equipment Finance Company
Old National Bank
20008386035
24509 W Lockport St
Plainfield, IL 60544

Sumitomo Mitsui Finance and Leasing Company, Limited
666 Third Avenue
8th Floor
New York, NY 10017

TCF Equipment Finance
11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305

The Huntington National Bank
1405 Xenium Lane North
Minneapolis, MN 55441

WinTrust Specialty Finance
PO Box 84783
Seattle, WA 98124

United States Bankruptcy Court

Northern District of Georgia

In re: Southern Tree Professionals LLC

Case No. 25-21754

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/29/2025_____

/s/ Benjamin Townsend Ellis
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____Northern_____ District Of __Georgia_____

**In re** Southern Tree Professionals LLC

Case No. __25-21754_____

**Debtor**

Chapter __11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

    For legal services I have agreed to accept a retainer of $75,000.00.  The undersigned shall bill against the retainer at an hourly rate of $595.00.

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [List other services that counsel has agreed to provide]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney:   Standard Hourly Rate:

| Attorney | | Paralegals: Standard Hourly Rates |
|---|---|---|
| William A. Rountree  $595.00 | Elizabeth Childers $425.00 | Elizabeth Miller $290 |
| Will B. Geer   $595.00 | Ceci Christy $425.00 | Dorothy Sideris $225 |
| Michael Bargar   $535.00 | Caitlyn Powers $375.00 | Megan Winokur $175 |
| Hal Leitman   $425.00 | Shawn Eisenberg $300 | Catherine Smith $175 |
| David S. Klein   $495.00 | William Matthews $425 | |

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  None

---

CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  12/29/2025

*Date*

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*

2987 Clairmont Road

Suite 350

Atlanta, GA 30329