**IT IS ORDERED as set forth below:**

**Date: August 28, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | CASE NO. 25-21754-JRS |
| | : | |
| SOUTHERN TREE PROFESSIONALS, LLC, | : | |
| | : | |
| | : | Chapter 11 |
| Debtor. | : | |

---

**ORDER DENYING COMPLAINT TO REVOKE DISCHARGE PURSUANT TO 11 U.S.C. § 727(d)**

This matter is before the Court on creditor Jermaine Brown's ("Brown") Complaint to Revoke Discharge Pursuant to 11 U.S.C. § 727(d) (the "Complaint") (Doc. 296). In the Complaint, Brown asserts that "Debtor's discharge was obtained through material fraud, misrepresentation, and bad faith." Since Debtor has not yet received a discharge in this case, Brown's assertion is misplaced. Moreover, Brown's reliance on section 727(d) is similarly misplaced. That section provides, in part:

> (d) On request of the trustee, a creditor, or the United States trustee, and after notice and a hearing, the court

> shall revoke a discharge granted under subsection (a) of this section if—
>
> (1) such discharge was obtained through the fraud of the debtor, and the requesting party did not know of such fraud until after the granting of such discharge;

Section 727(a) provides, in part:

> (a) The court shall grant the debtor a discharge, unless—
>
> (1) the debtor is not an individual;

Since Debtor is a corporation, and not an "individual," Debtor will not receive a discharge under section 727(a). For these reasons, it is

ORDERED that the Complaint is DENIED.

The Clerk is directed to serve a copy of this Order on creditor Jermaine Brown, counsel for the Debtor, and the United States Trustee.

**END OF ORDER**