FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 SEP 15 P 3:00

VANIA S. ALLEN
CLERK
BY: LKH
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

**GAINSVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-21754 |
| SOUTHERN TREE PROFESSIONALS LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| ______________________________________) | | |
| | ) | |
| JERMAINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHERN TREE PROFESSIONALS, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________________) | | |

**COMPLAINT TO REVOKE DISCHARGE PURSUANT TO 11 U.S.C. § 727(d)**

Plaintiff, Jermaine Brown ("Plaintiff"), by and through his undersigned counsel, files this Complaint to Revoke Discharge pursuant to 11 U.S.C. § 727(d) against Defendant-Debtor, Southern Tree Professionals LLC. ("Defendant" or "Debtor"), and in support thereof respectfully states as follows:

PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Jermaine Brown is a creditor of the Debtor's bankruptcy estate.

2. Defendant Southern Tree Professionals is a corporation that filed a voluntary petition under Chapter of the United States Bankruptcy Code in this District.

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

4. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(J) (objections to discharges).

5. Venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

## FACTUAL ALLEGATIONS

### The State Court Litigation in DeKalb County

6. Prior to the bankruptcy filing, Plaintiff obtained a permanent default judgment against Defendant in the State Court of DeKalb County, Georgia (the "State Court Case").

7. A legal professional acting simultaneously as the insurance company registered agent and later as the attorney for Defendant failed to properly enter an appearance or file timely responsive pleadings in the State Court Case.

8. Consequently, the State Court granted a valid default judgment in favor of Plaintiff, requiring the judgment to stand permanently due to the untimely nature of the subsequent filings.

### Interference with the Cobb County Writ of Fieri Facias (Fi. Fa.)

9. Following the entry of the default judgment, a Writ of Fieri Facias ("Fi. Fa.") was legally issued and executed by a Cobb County Deputy Sheriff upon Defendant's manager.

10. At the exact time of the service of the Fi. Fa., the insurance company registered agent/attorney intentionally interfered with the execution of the Judge's lawful order.

11. Specifically, the individual issued external, illegitimate directives regarding state court motions that were not legally entered or docketed at the time of the service.

12. Several days after the service of the Fi. Fa. and well past the statutory deadlines, the registered agent/attorney filed an untimely and improper motion to vacate the default judgment.

13. The State Court initially granted the vacatur. Plaintiff immediately appealed this erroneous ruling to preserve his claims.

The Fraudulent and Unannounced Bankruptcy Filing

14. The insurance company registered agent continued to act as Defendant's de facto legal representative until the precise day before the bankruptcy petition was filed.

15. While the state court appeal was actively pending, Defendant filed its Chapter 11 bankruptcy petition.

16. Defendant intentionally filed the bankruptcy petition fraudulently and without notice to Plaintiff to evade collection efforts and short-circuit the appellate review of the state court vacatur.

17. The Debtor's discharge was obtained through material fraud, misrepresentation, and bad faith.

18. Plaintiff did not discover the full scope of the fraud or the underlying misrepresentations until after the granting of the discharge order.

COUNT I: REVOCATION OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(d)(1)

19. Plaintiff incorporates paragraphs 1 through 18 as if fully set forth herein.

20. Section 727(d) (1) provides that the court shall revoke a discharge if "such discharge was obtained through the fraud of the debtor, and the requesting party did not know of such fraud until after the granting of such discharge."

21. Defendant obtained its Chapter 11 discharge through systemic fraud, incorporating bad-faith legal maneuvers, intentional procedural delays, and concealing material state court litigation and pending appeals.

22. Plaintiff did not possess knowledge of the fraudulent schemes or the full bad-faith nature of the filings until after the discharge order was entered.

23. Had the Court been made aware of Defendant's fraudulent conduct and intentional obstruction of judicial orders, the discharge would have been denied.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jermaine Brown respectfully requests that this Court:

(a) Enter judgment in favor of Plaintiff and against Defendant;

(b) Revoke the discharge granted to Defendant Southern Tree Professionals pursuant to 11 U.S.C. § 727(d);

(c) Declare the debt owed to Plaintiff non-dischargeable; and

(d) Grant such other and further relief as this Court deems just and proper.

Respectfully submitted, Jermaine Brown 9/9/2026

JERMAINE BROWN
5016 WINDSOR DOWNS DR.
DECATUR, GEORGIA 30035
brownnash1113@gmail.com

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Complaint to Revoke Discharge *Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Thomas E. Austin, Jr. on behalf of Creditor PACCAR Financial Corp.
taustin@taustinlaw.com, klyons@taustinlaw.com

Lanie Bandell on behalf of Creditor De Lage Landen Financial Services Inc
lbandell@loriumlaw.com, GeorgiaFilings@loriumlaw.com

Ron C. Bingham, II on behalf of Creditor Caterpillar Financial Services Corporation
ron.bingham@arlaw.com, lianna.sarasola@arlaw.com

Ryan Burgett on behalf of Creditor BMO Bank N.A.
ryan.burgett@huschblackwell.com, serena.gray@huschblackwell.com;ryan-burgett-4182@ecf.pacerpro.com

Jody Charles Campbell on behalf of Creditor Commercial Credit Group, Inc.
jody@blumcampbell.com

Ceci Christy on behalf of Debtor Southern Tree Professionals LLC
cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

Stephen P. Drobny on behalf of Creditor Mitsubishi HC Capital America, Inc.
sdrobny@joneswalker.com, nkatsaras@joneswalker.com;miamiservice@joneswalker.com

London England on behalf of Creditor BMO Bank N.A.
lengland@reedsmith.com

Ian M. Falcone on behalf of Respondent FS Scarbrough LLC
legalassistant@falconefirm.com;Falcone.IanB103925@notify.bestcase.com

Scott D Fink on behalf of Creditor Toyota Industries Commercial Finance Inc
bronationalecf@weltman.com, ksmith@weltman.com;sfink@weltman.com

Arielle Frank on behalf of Creditor Allegiant Partners, Inc. DBA AP Equipment Financing
afrank@fellab.com, zzelazny@fellab.com

Will B. Geer on behalf of Attorney Rountree Leitman Klein & Geer, LLC
wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;lmassey@rlkglaw.com;cwilliams@rlkglaw.com;ecf_emails@rlkglaw.com

Brian Gipson on behalf of Creditor Old National Equipment Finance
bgipson@ashenlaw.com

Anthony F. Giuliano on behalf of Interested Party Global Merchant Cash, Inc.
afg@glpcny.com, afg@ecf.courtdrive.com

Andrew D. Gleason on behalf of Creditor Ally Bank
agleason@lrglaw.com

Andrew D. Gleason on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial
agleason@lrglaw.com

Andrew D. Gleason on behalf of Creditor First Citizens Bank & Trust Company
agleason@lrglaw.com

Tyler Henderson on behalf of Creditor Alliance Funding Group
tyler@stantonlawllc.com, heather.ard@stantonlawllc.com

Anna Mari Humnicky on behalf of Creditor MHC Financial Services, Inc.
ahumnicky@smallherrin.com, klemons@smallherrin.com;kweindorf@smallherrin.com

A. Michelle Hart Ippoliti on behalf of Creditor F.N.B. Equipment Finance
Michelle.ippoliti@mccalla.com,
bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com

Bryan Scott Kaplan on behalf of Creditor Tractor and Equipment Company
bk@kaplanlawga.com, sagis@kaplanlawga.com

Charles N. Kelley, Jr on behalf of Creditor Stellify Capital, LLC
charles@charleskelley.law,
tammy@charleskelley.law;Kelley.CharlesB154518@notify.bestcase.com

Charles N. Kelley, Jr on behalf of Creditor UniFi Equipment Finance Inc.
charles@charleskelley.law,
tammy@charleskelley.law;Kelley.CharlesB154518@notify.bestcase.com

Benjamin S. Klehr on behalf of Creditor MHC Financial Services, Inc.
bklehr@smallherrin.com, klemons@smallherrin.com;kweindorf@smallherrin.com

Travis A. Knobbe on behalf of Creditor Old National Equipment Finance
travisk@tklaw-ga.com

Steven M. Kushner on behalf of Creditor Allegiant Partners, Inc. DBA AP Equipment Financing
skushner@fellab.com, kconklin@fellab.com;asoro@fellab.com;e-filings@fellab.com;skushner@ecf.courtdrive.com;ktompkins@fellab.com;zzelazny@fellab.com

Matthew Joseph Lee on behalf of Creditor Universal Finance Corp
mjl@replevin.com, ecf@writofseizure.com

James W. Martin on behalf of Creditor Financial Pacific Leasing, Inc.
james@jmartinlawatl.com

Garry Masterson on behalf of Creditor First Citizens Bank & Trust Company
bronationalecf@weltman.com

Thomas T. McClendon on behalf of Creditor Yancey Bros. Co.
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;eterrell@joneswalden.com

Jeremy T. McCullough on behalf of Creditor Pawnee Leasing Corporation
jmccullough@jtm-law.com

Sean O'Donovan on behalf of Creditor Banc of America Leasing & Capital LLC
sodonovan@bakerdonelson.com, mparris@bakerdonelson.com

Sean O'Donovan on behalf of Creditor HomeTrust Bank
sodonovan@bakerdonelson.com, mparris@bakerdonelson.com

Sean O'Donovan on behalf of Creditor Zaxis Financial Services Americas, LLC
sodonovan@bakerdonelson.com, mparris@bakerdonelson.com

Melanie C. Papadopoulos on behalf of Creditor Oakmont Capital Holdings LLC
mpapadopoulos@robbinsfirm.com

Jason L Pettie on behalf of Creditor Horizon Bank
jpettie@gordonpettie.com;pbicknell@gordonpettie.com

Scott B. Riddle on behalf of Creditor Great Lakes Petroleum Co.
scott@scottriddlelaw.com, admin@scottriddlelaw.com

William A. Rountree on behalf of Debtor Southern Tree Professionals LLC
wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;cwilliams@rlkglaw.com

Amin Sadri on behalf of Creditor Tractor and Equipment Company
asadri@Kaplanlawga.com

A. Todd Sprinkle on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
toddsprinkle@parkerpoe.com, wandaclay@parkerpoe.com;courtneyvolz@parkerpoe.com

Kevin A. Stine on behalf of Creditor Regions Bank, d/b/a Ascentium Capital
kstine@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

C Brent Wardrop on behalf of Creditor Wells Fargo Bank, N.A.
brent.wardrop@qpwblaw.com

C Brent Wardrop on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
brent.wardrop@qpwblaw.com

Daniel L. Wilder on behalf of Creditor Amur Equipment Finance, Inc.
dwilder@goodmanlaw.org, bkydept@goodmanlaw.org;bkydept5@goodmanlaw.org

Daniel L. Wilder on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
dwilder@goodmanlaw.org, bkydept@goodmanlaw.org;bkydept5@goodmanlaw.org

By: Jermaine Brown
9/15/2026 JM

Electronic transmission via CM/ECF Notice of Electronic Filing or "STATUTORY ELECTRONIC SERVICE.

**Southern Tree Professionals LLC (Debtor)**

- **Attorneys**: William A. Rountree & Ceci Christy
- **Firm**: Rountree Leitman Klein & Geer, LLC
- **Address**: 2987 Clairmont Rd, Suite 350, Atlanta, GA 30329
- **Emails**: wrountree@rlkglaw.com and cchristy@rlkglaw.com

**• Office of the U.S. Trustee (Region 21)**

- **Representative**: David Scott Weidenbaum
- **Address**: 362 Richard B. Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303